# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

LIONEL S. DORSEY, *et al.*

                               Plaintiffs,

v.                                             Case No.: 8:18-cv-00829-PJM

MICHAEL SOKOLOFF, *et al.*

                               Defendants.

## DECLARATION OF MARK HAIGNEY, M.D.

I, Mark Haigney, M.D., hereby declares as follows:

1.  I am presently employed by the Uniformed Services University of Health Sciences as a Professor of Medicine, a Professor of Pharmacology, and as Director of Cardiology.

2.  I am a licensed physician, and I am board certified in cardiovascular medicine and clinical cardiac electrophysiology. I hold Specialty Certifications from the American Board of Internal Medicine in the fields of Cardiovascular Diseases and Cardiac Electrophysiology. I am licensed to practice medicine in Maryland.

3.  I have attached a copy of *curriculum vitae* as <u>Exhibit 1</u>, which accurately sets forth my education, experience, and professional credentials.

4.  I have been retained as an expert in the field of medicine, the field of cardiology, and the field of cardiac electrophysiology by the law firm of Joseph, Greenwald & Laake, P.A. related to the above case.

5.  I have reviewed medical records of DeOntre Dorsey from Northwest Hospital, University of Maryland Charles Regional, University of Maryland Medical Center, Fort Washington Medical Center, Fort Washington Health and Rehabilitation, Laurel Regional, and records from

Charles County Emergency Medical Services. I have also reviewed the Post Mortem Examination Report issued by the Office of the Chief Medical Examiner for DeOntre Lamontz Dorsey. I have also reviewed law enforcement reports describing Mr. Dorsey's actions on March 1, 2015 during the taser event, including prior to and after being tased, and after being taken into custody.

6.   Based on my review of these records, to a reasonable degree of medical probability in the field of medicine, the field of cardiology, and the field of cardiac electrophysiology, the use of a taser on DeOntre Dorsey was a proximate cause of the cardiac arrest that occurred on March 1, 2015. This cardiac arrest resulted in substantial anoxic brain injury and his eventual death.

7.   The medical records from the University of Maryland Charles Regional Medical Center reflect that a toxicology screen using urine was performed on Mr. Dorsey at 17:35 hours or 5:35 p.m. on March 1, 2015. This was approximately one hour after Mr. Dorsey was tasered by the Charles County Sheriff's Department deputy. The excerpt from that record attached as Exhibit 2 reflect that the results of this urine test were positive for opiates.

8.   Four hours and twenty minutes later, the medical records reflect that another toxicology screen using urine was performed on Mr. Dorsey at the University of Maryland Charles Regional Medical Center at 21:55 hours or 9:55 p.m. on March 1, 2015. This urine sample tested negative for opiates, which is reflected as Exhibit 3.

9.   Based on my review of these records and my professional background, training and experience, to a reasonable degree of medical probability in the field of medicine, the positive test at 17:35 or 5:35 p.m. did not result from the use of opiates on March 1, 2015 due to the amount of time that it takes the body to process and eliminate this drug.

2

10. Based on my review of these records and my professional background, training and experience, to a reasonable degree of medical probability in the field of medicine, Mr. Dorsey's behavior described by law enforcement and in the medical records is inconsistent with opioid induced behavior or an opioid induced overdose.

11. Based on my review of these records, to a reasonable degree of medical probability in the field of medicine, the field of cardiology, and the field of cardiac electrophysiology, on March 1, 2015, Mr. Dorsey suffered a grand mal seizure immediately prior to being tasered by Deputy Sokoloff.

12. I reserve the right to amend my opinions should additional information become available.

I declare under penalty of perjury, that the foregoing is true and correct.

Mark Haigney, M.D.

Executed on 6 Sep 18

3

# EXHIBIT 1

# MARK C. P. HAIGNEY, M.D.
## CURRICULUM VITAE

**Office:**   (301) 295-3826
(301) 295-3617

## POSITIONS AND APPOINTMENTS

| | |
|---|---|
| 2017- | Deputy Director, Collaborative Health Initiative Research Program |
| 2007- | Professor of Medicine (Tenured), Uniformed Services University |
| 2007- | Professor of Pharmacology, Uniformed Services University |
| 2002-2007 | Associate Professor of Medicine, (Tenured) Uniformed Services University |
| 1997- Present | Director, Division of Cardiology, Uniformed Services University of Health Sciences |
| 2003 - 2007 | Associate Professor of Pharmacology, Uniformed Services University of Health Sciences |
| 1994 - 2007 | Assistant Professor of Medicine, Uniformed Services University of Health Sciences |
| 1994 - 2005 | Instructor in Medicine, Johns Hopkins University |
| 1994 - Present | Attending Electrophysiologist, Walter Reed National Military Medical Center |
| 1987 - 1988 | Intern, Osler Medical Service, The Johns Hopkins Hospital |
| 1988 - 1990 | Resident, Osler Medical Service, The Johns Hopkins Hospital |
| 1990 - 1991 | Fellow, Cardiology, The Johns Hopkins Hospital |
| 1991 - 1992 | Assist. Chief of Service and Instructor in Medicine, The Johns Hopkins Hospital |
| 1992 - 1994 | Fellow, Cardiology, The Johns Hopkins Hospital |
| 1993 - 1994 | Electrophysiology and Pacemaker Fellow, The Johns Hopkins Hospital |

## SPECIALTY CERTIFICATION

| | |
|---|---|
| 1990-2000 | American Board of Internal Medicine |
| 1995-2015 | Cardiovascular Diseases |
| 1998-2018 | Cardiac Electrophysiology |

## EDUCATION

| | | |
|---|---|---|
| 1981 | University of Virginia, Charlottesville, VA | B.A. with Honors, Philosophy |
| 1981 | Columbia University, New York, NY | Special Studies, Chemistry |
| 1987 | Vanderbilt University Medical School, Nashville, TN | M.D., Medicine |

## AWARDS AND HONORS

| | |
|---|---|
| 1983 | U.S. Air Force Health Professions Scholarship Program, Vanderbilt University |
| 1986 | Alpha Omega Alpha, Vanderbilt University |
| 1987 | Albert Weinstein Prize in Medicine, Vanderbilt University |
| 1991 | Assistant Chief of Service (Chief Resident), Osler Medical Service, Johns Hopkins Hospital |
| 1992 | Teaching Prize, The Johns Hopkins University School of Medicine |
| 1999 | Clements Prize for Teaching, Uniformed Services University |
| 2004 | Meritorious Service Medal (Civilian), Department of the Navy |
| 2004 | J. J. Leonard Prize for Excellence in Clinical Research, Uniformed Services University |
| 2006 | Fellow of the American Heart Association, Basic Science Council |
| 2013 | Carol Johns Medal for Service, Uniformed Services University |
| 2016 | Oustanding Civilian Educator, Uniformed Services University |

Mark C.P. Haigney, MD          8/29/2018                                    Page 2

## PEER REVIEWED ARTICLES

1. **Haigney MCP,** Miyata H, Lakatta EG, Stern MD, Silverman HS.  Dependence of hypoxic cellular calcium loading on sodium-calcium exchange.  *Circulation Research* 1992;71:547-557.

2. **Haigney MCP,** Lakatta EG, Stern MD, Silverman HS.  Sodium channel blockade prevents hypoxic sodium loading and sodium-dependent calcium overload.  *Circulation*, 1994; 90:391-399.

3. Hope EJ; **Haigney MC**; Calkins H; Resar JR. Left main coronary thrombosis after radiofrequency ablation: successful treatment with percutaneous transluminal angioplasty. *Am Heart J*, 1995, 129(6) 1217-9.

4. **Haigney MCP,** Silver B, Tanglao E, Silverman HS, Hill JD, Shapiro E, Gerstenblith G, Schulman S.  Non-Invasive Measurement of Tissue Magnesium and Correlation with Cardiac Levels.  *Circulation*, 1995;92:2190-7.

5. Silverman HS, Wei SK, **Haigney MCP,** Ocampo C, Stern MD. Myocyte adaptation to chronic hypoxia and development of tolerance to subsequent acute severe hypoxia. *Circulation Research*, 1997;80:699-707.

6. Dinerman JL, Berger R, **Haigney MCP**, Lawrence J, Tomaselli G, Calkins H: Dispersion of ventricular activation and recovery in patients with idiopathic dilated cardiomyopathy. *American Journal of Cardiology*, 1997; 79: 970-974.

7. **Haigney MCP**, Berger R, Schulman S,  Gerstenblith G, Tunin C, Silver B, Silverman HS, Tomaselli G, and Calkins H: Tissue Magnesium Levels and the Arrhythmic Substrate in Humans. *J Cardiovasc Electrophys,* 1997;8:980-986.

8. Griffiths EJ, Wei SK, **Haigney MCP,** Ocampo CJ, Stern MD, Silverman HS. Inhibition of mitochondrial calcium efflux by clonazepam and in intact single rat cardiomyocytes and effects on NADH production. *Cell Calcium* 1997; 21(4): 335-343.

9. **Haigney MCP**, Wei SK, Kaab S, Berger R, Tunin R, Kass D, Griffiths E, Fisher WG, Silver B, and Silverman HS. Loss of cardiac magnesium in experimental heart failure prolongs and destabilizes repolarization in dogs. *Journal of the American College of Cardiology,*1998;31:701-6.

10. Antman E, Feinstein S, Gersh B, Gibler B, **Haigney M**, Hochman J, Opie L, Rogers W, Woods K, McKinlay S. Rationale and design of the Magnesium in Coronaries (MAGIC) study: A clinical trial to reevaluate the efficacy of early administration of magnesium in acute myocardial infarction. *American Heart Journal*  2000; 139: 10-14.

11. Ince C, Schulman S, Quigley J, Kolasa M, Ferguson R, Berger R, **Haigney, MCP**: Usefulness of magnesium sulfate in stabilizing cardiac repolarization in with heart failure secondary to ischemic cardiomyopathy. *American Journal of Cardiology*, 2001; 88 224-229.

12. Wei SK, Quigley JF, Hanlon SU, O'Rourke B, **Haigney, MCP.** Cytosolic free magnesium modulates the Na/Ca exchange current. *Cardiovascular Research*, 2002; 53: 334-340.

Mark C.P. Haigney, MD             8/29/2018                             Page **3**

13. Wei SK, Hanlon SU, **Haigney MCP**: ß-Adrenergic stimulation of pig myocytes with decreased cytosolic free magnesium modulates action potential and triggered activity. *J Cardiovascular Electrophysiology*, 2002; 13: 587-592.

14. Cogliati T, Good DJ, **Haigney MCP,** Delgado-Romero, Eckhaus MA, Shotwell KF, Koch WJ, Kirsch IR. Predisposition to arrhythmia and autonomic dysfunction in Nhlh-1 deficient mice. *Molecular and Cellular Biology*, 2002, 22, 4977-4983.

15. Wei SK, Hanlon SU, **Haigney MCP**: Decreased β-adrenergic Responsiveness of Na/Ca Exchange Current in Failing Pig Myocytes. *In* Cellular and Molecular Physiology of Sodium-Calcium Exchange. *Annals of the New York Academy of Science*, 2002, Vol 976; 472-476.

16. Wei SK, Ruknudin A, Hanlon SU, McCurley JM, Schulze D, **Haigney MCP.** PKA hyperphosphorylation increases basal current but decreases β-adrenergic responsiveness of the sarcolemmal $Na^+/Ca^{2+}$ exchanger in failing pig myocytes. *Circulation Research*, 2003; 92: 897-903.

17. Domanski M, Norman J, Pitt B, **Haigney M,** Hanlon S, Peyster E: Diuretic Use, Progressive Heart Failure, and Death In Patients in Studies of Left Ventricular Dysfunction (SOLVD). *Journal of the American College of Cardiology*, 2003;42:705-708.

18. McCurley JM, Hanlon SU, Wei SK, Wedam EF, Michalski M, **Haigney MC:** Furosemide Accelerates the Progression of Left Ventricular Dysfunction in Experimental Heart Failure. *J American College of Cardiology*, 2004;44(6):1301-7.

19. Nasir J, Durning S, Barold HS, Ferguson M, **Haigney MC**. Exercise-induced syncope and QT prolongation after "ephedra-free" xenadrine exposure. *Mayo Clinic Proceedings*, 2004 Aug;79(8):1059-62.

20. **Haigney MC**, Zareba W, Gentlesk P, Goldstein RE, Illovsky M, McNitt S, Moss A. QT Interval Variability and Spontaneous Ventricular Tachycardia or Fibrillation in MADIT II Patients. *Journal of the American College of Cardiology*, 2004; 44(7): 1481-1487.

21. Weglicki W, Quamme G, Tucker K, **Haigney M**, Resnick L. Electrolyte imbalance and complications in disease management. *Journal of Clinical and Experimental Hypertension*, 2005; 1:95-112.

22. Steel K, Durning SJ, DeMott C, **Haigney M**. Symptomatic pericardial constriction without active pericarditis. *Mil Med*. 2005;170(8):668-71.

23. Flanagan MC, Mitchell ES, **Haigney MC**. Ciprofloxacin-induced torsade de pointes. *International Journal of Cardiology.* Volume 113, Issue 2 , 10 November 2006, Pages 239-241.

24. **Haigney MC,** Alam S, Tebo S, Marhefka G, Elkashef A, Kahn R, Chang N, Vocci F, Cantilena L. Intravenous cocaine and QT variablity. *Journal of Cardiovascular Electrophysiology.*. 2006 Jun;17(6):610-6. Published online first doi:10.1111/j.1540-8167.2006.00421.

25. Domanski M, Tian X, **Haigney M,** Pitt B. Diuretic use, progressive heart failure, and death in patients in the DIG study. *J Card Fail.* 2006 Jun;12(5):327-32.

26. Nasir J, Durning S, **Haigney MC**. Symptomatic hypervagatonia in a highly conditioned athlete. Clinical *Journal of Sports Medicine.* 2007;17(1):70-1.

27. **Haigney MC**. Percutaneous Intrapericardial Cardiac Echo: So now that you're here, take a picture... *Heart Rhythm.* 2006;3(11):1283-4.

28. Wei SK, Mccurley JM, Hanlon SU, **Haigney MC**. Gender Differences in Na/Ca Exchanger Current and β-adrenergic Responsiveness in Heart Failure. *Ann N Y Acad Sci.* 2007;1099:183-9.

29. Ruknudin AM, Wei SK, **Haigney MC**, Lederer WJ,  Schulze DH. Phosphorylation and other conundrums of Na/Ca exchanger, NCX1. *Ann N Y Acad Sci.* 2007;1099:103-18.

30. Wei SK, Ruknudin AM, Shou M, McCurley J, Hanlon SU, Elgin E, Schulze D, **Haigney MC**.  Muscarinic modulation of the sodium-calcium exchanger in heart failure.  *Circulation.*  2007 Mar 13;115(10):1225-33. Epub 2007 Mar 5.

31. **Haigney MC.** Ablation should not be first-line therapy for atrial fibrillation.  *Expert Reviews in Cardiovascular Therapy,* 2007, Vol 5, 1-7

32. Wedam EF, Bigelow G, Nuzzo P, Johnson RE**, Haigney MC.**  QT interval effects of methadone, levomethadyl acetate, and buprenorphine in a randomized trial. *Archives of Internal Medicine*, 2007 Dec 10;167(22):2469-75.

33. **Haigney MC.** Reduced Myocardial Perfusion in Atrial Fibrillation:  When the Egg Comes Before the Chicken. *European Heart Journal*, 2007 Sep;28(18):2181-2. doi: 10.1093/eurheartj/ehm330

34. **Haigney MC,** Kop WJ, Krantz DS. QT Variability as Arrhythmic Vulnerability Marker During Exercise in Implantable Cardioverter Defibrillator Patients. *Annals of Noninvasive Electrocardiology*, 2009;14(1):40-9.

35. Goldstein RE, **Haigney MC.**  Heart-rate reduction and beta blockade in early post-infarction cardiac remodelling. *Cardiovasc Res.* 2008 Jul 1;79(1):5-6. [Epub ahead of print]

36. Flanagan CM, Kaesberg JL, Mitchell ES, Ferguson MA, **Haigney MC.** Coronary Artery Aneurysm and Thrombosis Following Chronic Ephedrine Use. *Int J Cardiology*, 2008 Aug 19.

37.  Krantz M, Martin J, Stmmel B, Mehta D, **Haigney MC.** QTc Interval Screening in Methadone Treatment. *Annals of Internal Medicine,* 2009 Mar 17;150(6):387-95. Epub 2009 Jan 19.

38. **Haigney MC,** Zareba W, Nasir J, McNitt S, McAdams D, Gentlesk P, Goldsetin RE, Moss AJ. Gender Differences and Risk of Ventricular Tachycardia or Fibrillation *Heart Rhythm*, 2009 Feb;6(2):180-6. Epub 2008 Nov 6.

39. Hanson JL, Broussard JR, Durning SJ, DeGraba TJ, **Haigney MC**, Fortuin NJ, Williams MS. Evaluation of exercise-induced cerebrovascular accidents after aortic valve replacement. *Mayo Clin Proc*. 2009 ;84(6):558-60.

40. Andrews C, Krantz M, Wedam E, Marcuson M, Cappachione J, **Haigney MC.** Methadone-induced Mortality in the Treatment of Chronic Pain: Role of QT Prolongation. *Cardiol J.* 2009;16(3):210-7.

Mark C.P. Haigney, MD              8/29/2018                              Page **5**

41. Dobson CP, Olson C, LaRovere MT, **Haigney MC.** 24 Hour QT Variability in Heart Failure. *J Electrocardiology*, 2009;42(6):500-4..

42. Francis JL, Weinstein AA, Krantz DS, **Haigney MC**, Stein PK, Gottdiener, JS, Kop WJ. Association between symptoms of depression and anxiety with heart rate variability in patients with implantable cardioverter defibrillators. *Psychosomatic Medicine* 2009 Oct;71(8):821-7. Aug 6. [Epub ahead of print]

43. Krantz MJ, Martin J, Stimmel B, **Haigney MCP**. Concerns about consensus guidelines for QTc interval screening in methadone treatment. *Ann Int Med* 2009; 151(3):218-219.

44. Severi S, Corsi C, **Haigney M**, DeBie J, Mortara D. Noninvasive potassium measurement from ECG analysis during hemodialysis session. *Computers in Cardiology*, 2009;36:821−824.

45. Wedam EF, **Haigney MC.** Bifocal right ventricular pacing: Bail-out or cop-out? *Cardiology Journal* 2010;17(1):1-3.

46. Heppe DB, **Haigney MC**, Krantz MJ. The effect of oral methadone on the QTc interval in advanced cancer patients: a prospective pilot study. *J Palliat Med.* 2010 Jun;13(6):638-9.

47. Wei SK, Loyo-Berríos N, **Haigney, MC,** Cheng H, Pinnow EE, Mitchell KR, Beachy JH, Woodward AM, Wang Y, Curtis JP, Marinac-Dabic D. Elevated B-type Natriuretic Peptide is Associated with Increased In-hospital Mortality or Cardiac Arrest in Patients Undergoing Implantable Cardioverter-defibrillator Implantation., *Circulation: Cardiovascular Quality and Outcomes* 2011 May 1;4(3):346-54

48. Dobson, C, Olsen C, LaRovere MT, Bernardinangeli M, Veniani M, Midi P, Tavazzi L, **Haigney M.** QT Variability Index on 24-Hour Holter Independently Predicts Mortality in Patients with Heart Failure: Analysis of GISSI-HF Trial Data. *Heart Rhythm*, 2011 Aug;8(8):1237-42.

49. **Haigney, MC.** First Do No Harm: QT Interval Screening in Methadone Maintenance Treatment. *J Addict Dis.* 2011 Oct;30(4):309-12.

50. Martin JA, Campbell A, Killip T, Kotz M, Krantz MJ, Kreek MJ, McCarroll BA, Mehta D, Payte JT, Stimmel B, Taylor T, **Haigney MC**, Wilford BB. QT Interval Screening in Methadone Maintenance Treatment: Report of a SAMHSA Expert Panel. *J Addict Dis.* 2011 Oct;30(4):283-306.

51. Wedam EF, **Haigney MC**. The thorough QT study: let's be precise. *Cardiol J.* 2011;18(4):341-2.

52. Bloch Thomsen PE, Hansen TF, Jons C, Olsen T, Johannessen A, Særmark K, McNitt S, **Haigney M,** Sogaard P. Myocardial performance is reduced immediately prior to ventricular ectopy. *Heart Rhythm.* 2012 Jan;9(1):86-90

53. Edwards J, Park M, Cheezum M, Hulten E, Kunz J, **Haigney M,** Atwood JE. Cardiac Tamponade in Association with Anorexia Nervosa: A Case Report and Review of the Literature. *Cardiology J* 2012;19(6):635-8.

54. Stoebner RA, Bellin DA, **Haigney MC.** Electrophysiology and the Athlete: A Primer for the Sports Clinician. *Curr Sports Med Rep.* 2012 Mar;11(2):70-7.

Mark C.P. Haigney, MD                    8/29/2018                         Page 6

55. **Haigney MC**, Gray RA. Assessing Repolarization: Alternate Hypotheses. *Heart Rhythm*, 2012 Jul;9(7):1038-40. [Epub ahead of print]

56. Spevak C, Hamsher C, Brown C, Wedam EF, **Haigney MC.** The Clinical Significance of QT Interval Prolongation in Anesthesia and Pain Management: What You Should and Shouldn't Worry About. *Pain Medicine*, 2012 Aug;13(8):1072-80.

57. Goldstein RE, **Haigney MC,** Krone R, Mcnitt S, Zareba W, Moss AJ. Differing Effects of Cardiac Resynchronization Therapy on Long-term Mortality in Patient Subgroups of MADIT-CRT Defined by Baseline Conduction and One-Year Post-Treatment Left Ventricular Remodeling. *Heart Rhythm*. 2013 Mar;10(3):366-73.

58. Hood M, Klein M, **Haigney MC,**  Ho V. Free-breathing T1 Mapping MRI for Quantification of Myocardial T1 in Swine with Heart Failure. *Am J Roentgenology*, 2013;201(4):W563-70. doi: 10.2214/AJR.12.8659. PMID: 24059393.

59. Wedam EF, **Haigney MC.** Opioid Addiction Agonist Therapy and the QT Prolongation Phenomenon:  State of the Science and Evolving Research Questions.  *Addiction*, 2013 Jun;108(6):1015-7.

60. Noonan A, Frye R, Liewehr DL, Sissung T, Venzon D, Flagg T, **Haigney M,** Steinberg S, Figg WD, Pickarz R, Bates SE. Electrocardiographic Studies of Romidepsin Demonstrate Its Safety and Identify a Potential Role for the KATP channel. *Clinical Cancer Research*, 2013 Jun 1;19(11):3095-104.

61. Moss AJ, Greenberg H, Dwyer EM, Klein H, Ryan D, Francis C, Marcus F, Eberly S, Benhorin J, Bodenheimer M, Brown M, Case R, Gillespie J, Goldstein R, **Haigney M,** Krone R, Lichstein E, Locati E, Oakes D, Thomsen PE, Zareba W. Senior academic physicians and retirement considerations. *Prog Cardiovasc Dis*. 2013 May-Jun;55(6):611-5.

62. Dobson C, Kim A, **Haigney M**. QT Variability Index. *Progress in Cardiovascular Disease*, 2013; 56(2):186-94.

63. Yeung E, Krantz M, Schuller JL, Dale R, **Haigney MC.** Ranolazine for the Suppression of Ventricular Arrhythmia: A Case Series. *Annals of Noninvasive Electrocardiography*. 2014 Feb 17. doi: 10.1111/anec.12137.

64. Magee CD, Kazman J, **Haigney M,** Oriscello R,  DeZee KJ, Depenbrock P, Deuster P, O'Connor FG. Diagnostic Accuracy of ECG interpretation for Pre-participation Evaluation of Athletes: A Study of Reliability and Validity. *Annals of Noninvasive Electrocardiography*. 2014 Feb 12. doi: 10.1111/anec.12138.

65. Chou R, Inturisi C, Feillin D, Haigney M, Walsh S. Methadone Safety: A Clinical Practice Guideline from the American Pain Society and College on Problems of Drug Dependence. *J Pain*. 2014;15(4):321-37.

66. Monasterio V, Martínez JP, Laguna P, McNitt S, Polonsky S, Moss AJ, **Haigney M,** Zareba W, Couderc JP. Prognostic value of average T-wave alternans and QT variability for cardiac events in MADIT-II patients. J Electrocardiol. 2013 Sep 9. doi:pii: S0022-0736(13)00410-X. 10.1016/j.jelectrocard.2013.08.004.

Mark C.P. Haigney, MD          8/29/2018          Page 7

67. Skali H, Dwyer EM, Goldstein R, **Haigney M**, Krone R, Kukin M, Lichstein E, McNitt S, Moss AJ, Pfeffer MA, Solomon SD. Prognosis and response to therapy of first inpatient and outpatient heart failure event in a heart failure clinical trial: MADIT-CRT. Eur J Heart Fail. 2014 . doi: 10.1002/ejhf.71.

68. Kavenaugh M, McDivitt J, Dick A, **Haigney M**, Atwood J, Nations A. Cardiomyopathy induced by Sinus Tachycardia in Combat Wounded: A Case Study. Mil Med. 2014;179(9):e1062-e1064

69. Jessica Manning, Pattaraporn Vanachayangkul, Chanthap Lon, Michele Spring, Mary So, Darapiseth Sea, Youry Se, Sok Somethy, Sut-Thang Phann, Soklyda Chann, Sabaithip Sriwichai, Nillawan Buahong, Worachet Kuntawunginn, Mashamon Mitprasat, Raveewan Siripokasupkul, Paktiya Teja-isavadharm, Eugene Soh, Ans Timmermans, Charlotte Lanteri, Jaranit Kaewkungwal, Montida Auayporn, Doug Tang, Char Meng Chour, Satharath Prom, **Mark Haigney**, Louis Cantilena, and DAVID SAUNDERS Randomized, double-blind, placebo-controlled clinical trial of a two-day regimen of dihydroartemisinin-piperaquine for malaria prevention halted for concern of prolonged QTc interval. Antimicrobial Agents and Chemotherapy. 2014;58(10):6056-67. PMID: 25092702.

70. **Mark Haigney**\*, Wojceich Zareba†, Maria Teresa La Rovere‡, Ian Grasso\*, David Mortara. Assessing the Interaction of Respiration and Heart Rate in Heart Failure and Controls Using Ambulatory Holter Recordings. J ECG, in press. PMID: 25172186

71. **Haigney MC.** Looking for Virtuous Promiscuity: Electrocardiographic Evidence of Multichannel Drug Block. Clinical Pharm and Therapeutics, 2014 ;96(5):534-6. doi: 10.1038/clpt.2014.165. PMID: 25336265

72. Alampay M, **Haigney M**, Flanagan MC, Love K, Grammer G. TMS as an Antidepressant Alternative in a Patient with Brugada and Recurrent Syncope. Mayo Proceedings, 2014 89(11):1584-7

73. Benhorin J, Bodenheimer M, Brown M, Case R, Dwyer EM Jr, Eberly S, Francis C, Gillespie JA, Goldstein RE, Greenberg H, Haigney M, Krone RJ, Klein H, Lichstein E, Locati E, Marcus FI, Moss AJ, Oakes D, Ryan DH, Bloch Thomsen PE, Zareba W; Multicenter Cardiac Research Group. Improving Clinical Practice Guidelines for Practicing Cardiologists. Europace. 2015; 17(12):1816-22.

74. Marzec LN, Katz DF, Peterson PN, Thompson LE, Haigney MC, Krantz MJ. Torsades de pointes associated with high dose loperamide ingestion. J Innov Cardiac Rhythm Management 2015;6;1897-9

75. Kao D, Haigney M, Mehler P, Krantz M. Arrhythmia Associated with Buprenorphine and Methadone Reported to the Food and Drug Administration. Addiction 2015 Sep;110(9):1468-75.

76. Wedam EF, Haigney MC. Ablation as first line therapy in atrial fibrillation. Current Controversies in Electrophysiology. Card Electrophysiol Clin. 2015 Sep;7(3):385-93.

77. Perkiomaki JS, Ruwald AC, Kutyifa V, Ruwald MH, Mcnitt S, Polonsky B, Goldstein RE, Haigney MC, Krone RJ, Zareba W, Moss AJ; MADIT-CRT Investigators. Risk factors and the effect of cardiac resynchronization therapy on cardiac and non-cardiac mortality in MADIT-CRT. Europace. 2015 [Epub ahead of print] PMID: 26071234

78. Naheed Fatima, Devin C. Cohen, Gauthaman Sukumar, Tristan M. Sissung, James F. Schooley, Jr.1, Mark C. Haigney, William C. Claycomb3, Rachel T. Cox4, Clifton L. Dalgard1, Susan E. Bates5, and Thomas P.

Mark C.P. Haigney, MD                 8/29/2018                                    Page **8**

Flagg. Histone deacetylase inhibitors modulate KATP subunit transcription in HL-1 cardiomyocytes through effects on cholesterol homeostasis. Frontiers in Pharmacology 2015 6 1-9.

79. Ranzenhofer LM, Engel SG, Crosby RD, **Haigney M**, Anderson M, McCaffery JM, Tanofsky-Kraff M. Real-time assessment of heart rate variability and loss of control eating in adolescent girls: A pilot study. Int J Eat Disord. 2015 Sep 24. doi: 10.1002/eat.22464.

80. Wedam EF, **Haigney MC.** The Impact of Opioids on Cardiac Electrophysiology.  Current Cardiology Reviews, 2016;12(1):27-36

81. Vijayakumar S, Carter WH, **Haigney MC**, Pudota K. Methadone overdose associated with T wave inversions. Edorium J Emerg Med 2016;2:1–4.

82. Amneet Sandhu, David Kao, Philip S. Mehler, **Mark CP Haigney,** Mori J. Krantz  Cardiovascular Disorders Associated with Naloxone Monotherapy and in Fixed-Dose Combination with Opioids: Data from International Safety Surveillance. Int J Cardiol. 2016 Jun 1;212:360-3

83. Klein, M, **Haigney MC,** Mehler P, Fatima N, Flagg TP, Krantz MJ. Potent Inhibition of hERG Channels by the Over-The Counter Anti-Diarrheal Agent Loperamide. JACC EP In press 2016

84. Lin Y, Linask KL, Mallon B, Johnson K, Klein M, Beers J, Xie W, Du Y, Liu C, Lai Y, Zou J, **Haigney M**, Yang H, Rao M, Chen G. Heparin Promotes Cardiac Differentiation of Human Pluripotent Stem Cells in Chemically Defined Albumin-Free Medium, Enabling Consistent Manufacture of Cardiomyocytes. Stem Cells Transl Med. 2016 Sep 2. pii: sctm.2015-0428.

85. Docekal JW, **Haigney MC**, Lee JC, Needleman M. Repeat inappropriate defibrillator discharges following defibrillator implantation. What is the mechanism and treatment? Heart Rhythm 2016 in press

86. Moss AJ; Executive Committees of the Multicenter Research Group (MRG).; Multicenter Automatic Defibrillator Implantation Trial (MADIT).Multicenter Cardiovascular Studies and Trials: Lessons Learned From 35 Years of Productive Collaboration.. J Am Coll Cardiol. 2016;68(20):2232-2234.

87. Vanachayangkul P, Lon C, Spring M, Sok S, Ta-Aksorn W, Kodchakorn C, Pann ST, Chann S, Ittiverakul M, Sriwichai S, Buathong N, Kuntawunginn W, So M, Youdaline T, Milner E, Wojnarski M, Lanteri C, Manning J, Prom S, **Haigney M,** Cantilena L, Saunders D. Piperaquine population pharmacokinetics and cardiac safety in Cambodia. Antimicrob Agents Chemother. 2017 Feb 13.

## TEXTBOOK CHAPTERS

1. Durning, S, **Haigney, MC**. Ventricular Tachycardia. Internal Medicine Essentials for Clerkship Students. American College of Physicians, McNaughton and Gunn Publishers 2007.

2. Bigger JT, **Haigney MC,** Kleiger R. Non-invasive tests for risk stratification in ischemic on non-ischemic cardiomyopathy. In Ventricular Arrhythmias and Sudden Death, Blackwell Publishing 2008.

3. Durning, S, **Haigney, MC**. Ventricular Tachycardia. Internal Medicine Essentials II for Clerkship Students. American College of Physicians, McNaughton and Gunn Publishers 2008.

4. **Haigney, MC.** Anti-arrhythmic/Cardiovascular Drugs. In Drug-Drug Interactions in Opioid Therapy. PCM Healthcare, LTD. 2012

5. **Haigney MC** and Strickberger SA. Difficult Decisions in Clinical Electrophysiology- a Case Based Approach. Cardiac Electrophysiology Clinics. WB Saunders 2012 (Edited volume 4.)

6. Needleman M, **Haigney MC. C**atecholaminergic Polymorphic Ventricular Tachycardia. Atlas of Electrophysiology, McGraw Hill 2014

7. Wedam EW, Franzos MA, **Haigney MC.** Pause-dependent Polymorphic Ventricular Tachycardia. Atlas of Electrophysiology, McGraw Hill 2014

8. **Haigney, MC.** Anti-arrhythmic/Cardiovascular Drugs. In Drug-Drug Interactions in Opioid Therapy. PCM Healthcare, LTD. 2014

9. **H**aigney MC, Givens M, O'Connor FG. Ergogenics in the cardiac care of the athlete. Exercise & Sports Cardiology, Second Edition. McGraw Hill, 2017

10. **Haigney, MC.** Anti-arrhythmic/Cardiovascular Drugs. In Drug-Drug Interactions in Opioid Therapy. PCM Healthcare, LTD. 2016

**CONSENSUS GUIDELINES**

American Pain Society, Guidelines for the use of methadone; representing the Heart Rhythm Society

Expert Panel Clinical Guidelines on Methadone In Opioid Agonist Therapy (OAT); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLICATION, submitted August 2008

Expert Panel Clinical Guidelines on LAAM In Opioid Agonist Therapy (OAT); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLICATION, Aug 2002.

LETTERS

1. Haigney MC, Wei SK, Schulze DH, Ruknudin AM, Matsuoka S. Response to "beta-adrenergic stimulation does not activate $Na^+/Ca^{2+}$ exchange current in guinea pig, mouse, and rat ventricular myocytes". Am J Physiol Cell Physiol. 2006;290(4):C1271.
2. Kao D, Haigney MC, Mehler PS, Krantz M. Arrhythmia associated with buprenorphine and methadone reported to the Food and Drug Administration. Addiction. 2016;111(9):1686-7.

**FUNDED RESEARCH**

1. USUHS PPG "Brain-Heart Initiative" Vince Ho PI. $2.3 million total 10/1/2015- 9/30/2018

2. CHIRP    Flagg PI: Metabolism, Epigenetics and the Heart. Co-PI Haigney. 2/1/2016-1/31/2019

**3.** USUHS Intramural "Role of Depressed Inward Rectifier Current in Repolarization Instability (Pig)" $60,000 direct. 10/1/2014-9/30/2017

Mark C.P. Haigney, MD          8/29/2018                          Page **10**

4.  W81XWH1120201 Methadone and Opioid Related Adverse Events (MORE). US Army Medical Research and Materiel Command. $947k direct costs. July 2014-June 2017

5.  R0832M- Role of Late Sodium Current and Cardiac Fibrosis in Repolarization Instability, DoD. $60,000. 10/1/2011-9/30/2014

6.  Principal investigator: Bureau of Medicine, US Navy: Does furosemide increase serum aldosterone and cardiac fibrosis? $110,000/year, 3/1/2010-2/28/2012

7.  Does blockade of the late Na current improve ventricular function in heart failure? Gilead Pharma, $50,000/year, 12/1/2008-11/30/2010

8.  250-236-000000-00-105976 Diffusion Pharmaceuticals, Co-PI, Does TSC reduce the size of myocardial infarction in pigs? $30,000/year 4/1/08-3/30/09

9.  Co-investigator: NHLBI, 5R01HL085730-03, Biobehavioral precipitating factors in heart failure, PI David Krantz, 8/10/2007-4/30/2011

10. R01HLO79376 Depression and Biobehavioral Processes in Heart Failure, 2/1/2006-1/30/2010, PI Willem Kop

11. G183VO Food and Drug Administration, PI, Factors accelerating the development of heart failure in women, 50,000/year, 7/24/07-6/30/2009

12. 6554545U American Heart Association, PI, Iatrogenic Contributions to the Progression of Heart Failure, 66,000/132,000, 7/1/06-6/30/09

13. CO83RQ  Department of Defense, PI, NCX Phosphorylation and Cardiac Repolarization, $10,000/year, 10/2004-9/2007

14. CO83QF Department of Defense, PI, Role of Diuretics in the Progression of Heart Failure (pigs), $10,000/year, 10/2004-9/2006

15. 0455808U American Heart Association, Mid-Atlantic, co-PI, "Autonomic Modulation of Na/Ca Exchange in Heart Failure," $130,000/2 years, funded 2004-2006.

16. American Heart Association, Mid-Atlantic, co-PI, "The molecular and cellular mechanism of Na-Ca exchange regulation in heart failure," $130,000/2 years, funded.

17. National Institutes of Drug Abuse, co-investigator, PLACEBO-CONTROLLED, DOUBLE-BLIND DOSE ESCALATING SAFETY AND PHARMACOLOGY STUDY WITH THREE DOSAGES OF GBR 12909 IN COCAINE EXPERIENCED VOLUNTEERS, funded.

18. USUHS CO83OD "Cardiac Effects of Chronic Vagal Insufficiency in Transgenic Mice", 2001-2003.

19. American Heart Association Mid-Atlantic Consortium Grant-in-Aid, $60,000/3 years, 1998-01.

20. American Federation for Medical Research Career Development Award (National) "Magnesium and Abnormal Calcium Handling in Heart Failure (Pig)" $45,000/3 years, 1998-01.

21. Co-investigator, PA-00-103 NHLBI "Behavioral Medicine and Cardiovascular Research Training" 4/04-3/09, David Krantz Ph.D. PI.

22. USUHS CO83HN "Abnormal Sodium Channel Activation/Inactivation in Hypoxic Cardiac Myocytes" PI, three years, total $60,000. Development of a method for measuring whole cell Na currents during anoxia in rat myocytes.

23. Merck "The Role of Angiotensin II in Sudden Death in Heart Failure" PI, $45,000. Study of the excitation-contraction coupling abnormalities in porcine heart failure and the effects of angiotensin II inhibition/receptor blockade.

## CLINICAL RESEARCH

1. Data Safety and Monitoring Board, JAVA-CRT, NIH sponsored trial, enrolling August 2017

2. Data Safety and Monitoring Board, MADIT-CHIC, Boston Scientific sponsored trial still enrolling June 2017

3. Data Safety and Monitoring Board, WED-HEAD, not yet initiated.

4. Data Safety and Monitoring Board, WR1877, DHA-PQP for Falciparum malaria. Stopped for drug resistance.

5. Data Safety and Monitoring Board, WR1849 DHA-PQP for Falciparum malaria. Study stopped for QT prolongation.

6. Data Safety and Monitoring Board, MADIT-SICD, funded.

7. Data Safety and Monitoring Board, MADIT-ASIA, study stopped by sponsor.

8. Data Safety and Monitoring Board, MADIT RIT study, international trial to reduce inappropriate therapy with ICD. Completed.

9. Ranolazine for the suppression of PVCs (RSVP). Approved, enrolling.

10. Can serum potassium be estimated from the 12 lead EKG? Completed

11. M2Risk Study, NHLBI sponsored, PI Wojciech Zareba, MD, PhD, Completed.

12. MADIT-CRT Mortality Endpoint Review Committee, PI Arthur Moss, MD, Completed.

13. Executive Committee, **A**miodarone **V**ersus **I**mplantable **D**efibrillators-2 trial, VA-DoD funded study of ICDs in subjects with minimal LV dysfunction, PI Steve Singh, MD. Stopped by PI.

Mark C.P. Haigney, MD          8/29/2018                    Page **12**

14. Principal Investigator, QT variability as a predictor of sudden death or ICD discharge in MADIT-2. Completed.

15. Steering Comittee  for NHLBI-sponsored trial of MAGIC trial, a RCT comparing magnesium chloride to placebo in myocardial infarction.

16. Co-investigator, "Effects of Cocaine on the QT Interval," approved clinical research, Lou Cantilena, PI.

17. Co-investigator, "Dose escalation study of GBR, a Dopamine-uptake inhibitor,", Lou Cantilena, PI.

## NATIONAL STUDY SECTIONS

American College of Cardiology, National Cardiovascular Data Registry on Implantable Defibrillator, invited committee member, Research and Publication Committee, April 1, 2013-March 31 2016

Chair, National American Heart Association Cardiac Electrophysiology- Clinical Peer Review Study Group, April 2015-16

National American Heart Association Cardiac Electrophysiology- Clinical Peer Review Study Group, April 2010-14.

Member, Scientific Oversight Committee, Telemetric and Holter ECG Warehouse, University of Rochester-FDA consortium 2009-present

Cardiothoracic Surgery Research Network, NHLBI, NIH 2007-present

National American Heart Association Cell Transport and Metabolism Peer Review Study Group, April 2003-7.

Study Section Member for Program Project Grants, NCCAM, National Institutes of Health, April 10-11, 2002.

Reviewer, Medical Research Council Grants Program, UK 2004

## PATENTS

Cardiac Gating Method and System, pending with US and EU patent offices.

## PROFESSIONAL MEMBERSHIPS

Heart Rhythm Society, formerly the North American Society for Pacing and Electrophysiology

American Heart Association, Basic Research Council

American Heart Association, Clinical Cardiology Council

International Society for Holter and Noninvasive Electrocardiology

International Society for Computing in Electrocardiography, Treasurer 20013-4

**INVITED EXTRAMURAL PRESENTATIONS**

"Cardiovascular Effects of Opioid Substitution: Drug-Drug Interactions" Munich, Gemany 1 July 2016

"Mechanism of Late Sodium Channel Blockers" Cardiostim June 11, 2016 Nice, France

"Death During Exercise" and "Best Practices in Genomic Research" Fairfax INOVA Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," March 2016

"Can  Too Much Exercise Kill You?" George Washington University Cardiology Grand Rounds, October 21, 2015

"QT Variability- Present Status" ISHNE Lyon, France June 6 2015

Is Endurance Exercise Pro-Arrhythmic? Washington EP Society, May 26, 2015

Marathon Running: Not the Worst Idea. American Medical Athletic Association, Boston MA April 18, 2015

Sudden Death with a Normal Heart, Grand Rounds, Womack Army Medical Center. March 9, 2015

Johns Hopkins CME, "Proarrhythmia: When Good Drugs Do Bad Things" September 13, 2014

Cardiostim Electrophysiology Meeting, "QT variability-Is it Worth Measuring?," Nice, France, June 18, 2014

International Society for Computers in Electrocardiology, "Assessment of Respiratory Effort in Heart Failure", April 30, 2014

American College Of Cardiology, "Supplements for Athletes: Cardiac Risks and Benefits" April 1, 2014, Washington, DC

Fairfax INOVA Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," March 2014: "Genetics for Dummies." Vail, CO

"Hidden risks: cardiac safety in medication-assisted treatment." International Organization for Treatment of Opioid Dependency, Paris 12/2013

National Institutes of Health, Cardiology Grand Rounds, "HDAC Inhibitors and ECG Changes" June 13, 2013

Washington Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," March 2013: "How understanding genetics helps risk stratification in inherited arrhythmic syndromes." Vail, CO

Cardiostim Electrohysiology Meeting, "QT variability," Nice, France June 18, 2012

"T Wave Alternans and QT Variability." Heart Rhythm Society, Boston MA May 11, 2012

"QT Variability" and "Drug-induced Sudden Death", ISHNE, Moscow, Russia, April 26, 2011

"Sudden Death in Normal Hearts", Academy of Medicine, Washington, DC February 2, 2011

"Cardiac Imaging: What Does the Electrophysiologist Need to Know?" American Heart Association, Chicago, November 2010

Grand Rounds, Washington VA, September 9, 2010

"The Predictive Power of QT Variability," Cardiostim, June 15, 2010, Nice, France

"Cardiac toxicity of methadone" University of Virginia, May 1, 2010

Chair, "Mission: Lifeline, improving STEMI outcomes" Washington AHA, Washington Hospital Center, September 12, 2009

Telemetric, Holter Electrogram Wharehouse inaugural presentations, Food and Drug Administration, Whiteflint MD April 29, 2009, "QT Interval Variability: Application to Drug Studies"

International Society of Computers and Electrocardiography, Chair section on "Repolarization Instability" and speaker on "24 hour QT Variability in the GISSI-HF Trial," Panama City, Florida April 24, 2009

Washington Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," March 2009: "Haissaguerre Syndrome- a variant of Brugada Syndrome?" Snowbird, Utah

Mortara Instruments Seminar, "Can the serum potassium level be estimated from the surface ECG?" Cancun, Mexico February 24, 2009

International Society of Addiction Medicine, Cape Town, SA,"Avoiding pro-arrhythmia in opioid addiction treatment" November 16, 2008

Expert seminar, Cardiovascular Therapeutics, Palo Alto, CA, "Repolarization Instability; Role in Arrhythmogenesis." August 5, 2008

Cardiostim Electrohysiology Meeting, "QT dynamics and variability," Nice, France June 18, 2008

Washington Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," March 2008: "Sudden Death in Normal Hearts: a Case-based Approach." Snowbird, Utah

Cardiology Grand Rounds, NIH Clinical Center, Ion Channelopathies and Sudden Death, December 19, 2007

American College of Physicians, San Antonio, Texas, "Preventing Sudden Cardiac Death." Cardiology Plenary talk, November 18, 2007

ISHNE First Worldwide Internet Symposium on Drug-Induced Long QT Syndrome, October 21, 2007; "QT Variability: Risk Stratification and Drug Studies."

International Society for Electrocardiology, Athens, Greece, "QT Variability" and "ICD Therapy in Dilated Cardiomyopathy," June 9, 2007

Mark C.P. Haigney, MD          8/29/2018                                    Page **15**

Cardiology Grand Rounds, George Washington University, "Nutraceuticals and Arrhythmias," March 14 2007

American Medical Athletic Association, 15th Annual Sports Medicine Symposium at the Marine Corps Marathon, Virginia Hospital Center, "Electrophysiology in the Athlete." October 27, 2006

Redding Hospital, Hey Invited Lecture, "Treatment of atrial fibrillation: are drugs obsolete?" October 6, 2006

Heart Failure Society of America, "New information on diuretics" September 13, 2006, Seattle, Washington

Washington Hospital Center, "Clinical Cardiac Electrophysiology: Controversies and Update," February 26, 2006: "Cardiac repolarization: what do I need to know?" and "Treatment of atrial fibrillation: are drugs obsolete?" Snowbird, Utah

Malcom Grow Medical Center, "Grand Rounds: Atrial Fibrillation and Heart Failure: Cardiology's Two Epidemics." February 3, 2006

Jagiellonian University, I Department of Cardiology, Invited lecture "QT Variability as a predictor of sudden cardiac death." June 14, 2005 Krakow, Poland

International Society for Electrocardiology, "QT variability as arrhythmic vulnerability marker during exercise in implantable cardioverter defibrillator patients." Gdansk, Poland June 2 2005

Invited lecture, Heart Rhythm Society (formerly the North American Society for Pacing and Electrophysiology) "Risk Stratification in Ischemic and Non-Ischemic Cardiomyopathy: QT Interval and QT Dynamicity" New Orleans, LA. May 4, 2005

Invited lecture, International Society for Holter and Noninvasive Electrocariography, "QT Variability;" Noninvasive Sudden Death Risk Stratification Conference, New Orleans, LA November 6, 2004

Core Curriculum Faculty, Heart Rhythm Society "Medical Management of Neurocardiogenic Syncope" San Francisco, CA May 2004.

Modulation of the Na/Ca Exchanger by Phosphorylation in Heart Failure, Gerontology Research Center, National Institute on Aging, NIH Baltimore MD November 25, 2003.

Core Curriculum Faculty, NASPE "Pathophysiology and Diagnostic Evaluation: From postural orthostatic tachycardia syndrome to vasovagal syncope" Washington DC May 2003.

Intracellular/Extracellular Magnesium Status and the QT Interval: Impact on Arrhythmia, George Washington University, November 9 2002.

Update on the Diagnosis and Prevention of Sudden Cardiac Death, Expert Panel member, Universidad de Pau, Barcelona, Spain June 27, 2002.

12th Annual Washington Hospital Symposium on the Diagnosis and Treatment of Arrhythmias, Cosmos Club, Washington, D.C., "Neurocardiogenic Syncope: Tilt Testing, Postural Training, and Implantable Devices" and "Ventricular Tachycardia in the Absence of Coronary Artery Disease: Arrhythmogenic Right Ventricular Dysplasia: The Congenital Long QT Syndrome." April 18-19, 2002.

National Institute of Drug Abuse, Rockville MD: "Cardiovascular effects of the GBR 12909, a Novel Dopamine Uptake Inhibitor".

Hadassah University, Jerusalem, Israel: Arrhythmias in the New Millenium, invited speaker 6/23/00.

Portsmouth Naval Hospital, Visiting Professor, "The Long QT Syndrome," 9/2000.

Gordon Research Conference, Magnesium in Biologic Processes, sponsored presentation, "Effect of $MgSO_4$ on Repolarization in Heart Failure," Ventura CA 2/99.

National Naval Medical Center, Grand Rounds, Department of Medicine, "Hibernating Myocardium," 9/97.

National Naval Medical Center, Grand Rounds, Department of Medicine, "Controversies in magnesium therapy for heart disease." 4/11/96.

George Washington University, Department of Physiology and Experimental Biology, invited talk, "Magnesium Deficiency and Abnormal Repolarization in Rats." 3/14/96.

Johns Hopkins University, 9/15/96, invited talk, Division of Cardiology.

## PEER REVIEWER

Addiction
Annals of Internal Medicine
American Journal of Cardiology
American Journal of Physiology
American Heart Journal
Annals of Noninvasive Electrocardiology
Archives of Internal Medicine
British Journal of Pharmacology
British Journal of Physiology
Cardiovascular Research
Cardiology Journal
Circulation
Circulation Arrhythmia
Drug and Alcohol Dependence
European Heart Journal
Heart Rhythm
International Journal of Cardiology
Journal of the American College of Cardiology
Southern Medical Journal

## EDITORIAL BOARD

Annals of Noninvasive Electrocardiology
Cardiology Journal

## CONSULTANCIES

Consultant to Circulatory System Devices Panel, Center for Devices and Radiological Health, Food and Drug Administration, 2001-2005; re-appointed for 2005-2009

Special Consultant to the Food and Drug Administration, New Devices for the Treatment of Congestive Heart Failure (Contact CD; In Sync: InSync ICD (Primary Reviewer)) Freezor Catheter Ablation System 3/2003.

Cardiovascular consultant for development of new drugs, National Institute of Drug Abuse.

Consultant on LAAM, Office of Pharmacologic and Alternative Therapies (OPAT), Center for Substance Abuse Treatment, NIH.

**USU TEACHING**

Cardiology Coordinator and Lecturer, Clinical Concepts (Syncope and Heart Murmur)
Bench to Bedside and Beyond, Cardiology Coordinator and Lecturer
Lecturer in Pharmacology
Lecturer in Physiology
Dissertation Committee, John Quigley, awarded PhD in Medical-Psychology 2002
Dissertation Committee, Anthony Williams, awarded  PhD in Neuroscience 2003
Dissertation Committee, Melissa McCeney, awarded PhD in Medical-Psychology 2004
Dissertation Committee, Heather Rogers, awarded PhD in Medical-Psychology 2007
Dissertation Committee, Anna Ghambaryan, candidate for PhD in Medical-Psychology 2009
Dissertation Committee, Sari D. Holmes, candidate for PhD in Medical-Psychology 2009
Dissertation Committeee, Maureen Hood, candidate for PhD in Nursing 2011
Dissertation Committeee, Kerry Whittaker, candidate for PhD in Medical-Psychology 2013
Dissertation Committeee, Lisa Ranzenhofer, candidate for PhD in Medical-Psychology 2013

**MILITARY SERVICE**

1983 Commissioned United States Air Force  Lieutenant
1983-1994 Captain, United States Air Force  Inactive Reserve, Medical Corps
1994-8 Active Duty Major United States Air Force, Medical Corps
1997 Selected for LtCOL United States Air Force , Medical Corps

**UNIVERSITY SERVICE**

2003-6 Research Committee
2005-8 Merit Review Committee for Intramural Funding
2005-present AOA Distinguished Lecturer advisor
2007   Pharmacology Department Chair Search Committee
2007   Elected to Faculty Senate
2007   Chair of Faculty Compensation and Welfare Committee
2008-2011 Committee on Promotions and Tenure (CAPT; Chair 2010-1)
2008-2011 Member of USU Institutional Review Board
2009     Member of Dean's committee on the implementation of faculty retention POM

Mark C.P. Haigney, MD          8/29/2018                    Page **18**

2009   Member of Presidents committee on promotion of non-billeted faculty
2010     Chair of search committee for Vice-chair for Medicine
2010     Member of  search committee for Vice-Dean for Faculty Affairs
2009- 2011 Co-Chair of Scientific Review Panel, National Naval Medical Center
2012     Chair of search committee for Vice-Chair of Medicine for Education
2012-3   Chair of Committee on Promotions and Tenure (CAPT)
2012-present   Senate Member Welfare and Comparability
2012-3  1100 Document Review Committee
2014-    Post Clerkship Committee

## ABSTRACTS

1. Juha S. Perkiomakia, Anne-Christine Huth Ruwalda, Valentina Kutyifaa,, Martin H. Ruwalda,c, Scott McNitta, Robert Goldsteine, **Mark Haigney**, Ronald Kronef, Wojciech Zarebaa, Arthur J. Moss. Similar Risk Factors Associated with Cardiac and Non-Cardiac Mortality in MADIT-CRT Study. Circulation 2013

2. Klein MG, Goldstein R,Shou M, Dobson C, Stohlman J, **Haigney M.** The hemodynamic effects of ranolazine in heart failure pigs.  Heart Rhythm 2013 Vol 10; 55; S249.

3. Stohlman J, Klein MG, Goldstein R, Shou M, Dobson C, Gray R, **Haigney M.** Gender differences in transmural dispersion of repolarization in control and heart failure. Heart Rhythm 2013 l 10; 55; S181.

4. David P. Kao, MD, Mark C. Haigney, MD, Philip S. Mehler, MD and Mori J. Krantz, MD. Is Buprenorphine Safer than Methadone? Analysis of Disproportionate Reporting of Ventricular Arrhythmia to the FDA. Heart Rhythm 2013

5. Eric H Yeung, Mori J Krantz, Joseph Schuller, **Mark C Haigney.** Ranolazine for the Suppression of Ventricular Arrhythmias: A Case Series. Heart Rhythm 2013 l 10; 55; S198.

6. David P. Kao, MD, **Mark C. Haigney, MD**, Philip S. Mehler, MD and Mori J. Krantz, MD. Is Buprenorphine Safer than Methadone? Analysis of Disproportionate Reporting of Ventricular Arrhythmia to the FDA. Heart Rhythm 2013 l 10; 55; S161.

7. Craig P. Dobson, Maria Teresa LaRovere, Robert Goldstein, Marino Bernardinangeli, Marco Veniani, Paolo Midi, Luigi Tavazzi, **Mark Haigney**. Longitudinal Measures of QT Variability Predicts Mortality In GISSI-HF. American College of Cardiology 2013

8. **Mark C. Haigney**, Robert E. Goldstein,  Ronald J. Krone, Scott McNitt , and Arthur J. Moss. Cardiac Resynchronization Therapy in MADIT-CRT Patients With Non-Left Bundle Branch Block Conduction Disturbances. Heart Rhythm 2012 Vol 9; 5S;

9. Wei SK, **Haigney, MC,** Loyo-Berríos N, Cheng H, Pinnow EE, Mitchell KR,  Beachy JH, Woodward AM, Wang Y, Curtis JP, Marinac-Dabic D. Lead revision is associated with increased

Mark C.P. Haigney, MD          8/29/2018                              Page **19**

complications in patients undergoing implantable cardioverter-defibrillator implantation.  Heart Rhythm 2012 Vol 9; 5S; S377

**10.** Wei SK, **Haigney, MC,** Loyo-Berríos N, Cheng H, Pinnow EE, Mitchell KR,  Beachy JH, Woodward AM, Wang Y, Curtis JP, Marinac-Dabic D. Predictors of cardiac perforation during ICD lead revision. Heart Rhythm 2012 Vol 9; 5S;

**11.** Robert E. Goldstein,  **Mark C. Haigney**, Ronald J. Krone, Scott McNitt , and Arthur J. Moss. Diuretic Use and the Benefit of Cardiac Resynchronization Therapy to Prevent Heart Failure and Death: Secondary Analysis of Data from MADIT-CRT.  Circulation 2011

**12.** Robert E. Goldstein,  **Mark C. Haigney,** Ronald J. Krone, Scott McNitt , and Arthur J. Moss. Reduced Mortality among Patients with Left Bundle Branch Block Responding to Cardiac Resynchronization Therapy: Long-term Results from MADIT-CRT. Circulation 2011

**13.** Maureen Hood, MS, RN, Ting Song, PhD,  Peter Bedocs, MD, John Capacchione, MD,  **Mark Haigney, MD,** Vincent Ho, MD. Free-breathing T1 Mapping MRI for Quantification of Myocardial T1 in Swine with Heart Failure. NASCI 2010

**14.** Haigney MC, Feeley M, Kavanagh KM, Klein M, Aggarwal SG , Ellis LA, Ramadan D, Slawnych MP, Exner DV,  for the REFINE Investigators. Prognostic Value of Dynamic Changes In Repolarization After Myocardial Infarction. Heart Rhythm Journal, S19, Vol 7, No. 5, May Supplement 2010

**15.** Craig P. Dobson, Maria Teresa LaRovere, Robert Goldstein, Marino Bernardinangeli, Marco Veniani, Paolo Midi, Luigi Tavazzi, Mark Haigney. QT Variability Predicts Mortality In Subjects With Preserved Ejection Fraction In GISSI-HF. Heart Rhythm 2010

**16.** Craig P. Dobson, Cara Olsen, Maria Teresa LaRovere, Marino Bernardinangeli, Marco Veniani, Paolo Midi, Luigi Tavazzi, Mark Haigney. QT Variability Predicts Mortality in the GISSI-HF Trial. *Circulation*  2009

**17.** Craig P. Dobson, Cara Olsen, Maria Teresa LaRovere, Marino Berardinangeli, Marco Veniani, Paolo Midi, Luigi Tavazzi, Mark Haigney. Repolarization instability in the GISSI-HF Trial. *JACC* 2009

**18.** Kop WJ, Francis JL, **Haigney MC**, Weinstein AA, Stein PK, Gottdiener JS, Krantz DS. Autonomic nervous system dysregulation in implantable cardioverter defibrillator patients with depression and anxiety. Circulation 118(18 Suppl. 2); 2008: S977 {#5647}

**19.** Carlson D, Markwood T, **Haigney MC**. The Perfect Storm:  Compound Mutations S1103Y and L229M in the Cardiac Sodium Channel associated with Syncope, Conduction Defects, and Polymorphic Ventricular Tachycardia. *Heart Rhythm* May 2007

**20.** **Haigney MC**, Zareba W, Nasir J, Krause DK, McNitt S, Gentlesk P, Goldstein RE, Moss AJ. Men are unstable, but women are incoherent: gender differences in repolarization**.** *Circulation.* 2006;114:II_562-II_563.

21. **Haigney MC**, Zareba W, Krause DK, McNitt S, Gentlesk P, Goldstein RE, Moss AJ. Gender Difference in the QT Interval and Ventricular Tachycardia or Fibrillation in MADIT II. *Journal of the American College of Cardiology* Feb 2006

22. Jennifer L Francis PhD, Willem J Kop PhD, Shama Alam MB, **Mark C Haigney MD**, Pamela Karasik MD, Albert A DelNegro MD, Anna Ghambaryan MS, John S Gottdiener MD, David S Krantz PhD. Anxiety Symptoms and Autonomic Function in Patients with Implantable Cardioverter Defibrillators. *Psychosomatic Medicine*, 2006

23. Chiaowen Hsiao, Anna Ghambaryan, Willem J. Kop, Jennifer Francis, **Mark Haigney**, Shama Alam, Medicine, Sari D. Schwartz, John S. Gottdiener, Medicine, SOCIAL SUPPORT AND STRESS AS INDEPENDENT PREDICTORS OF DIMINISHED HEART RATE VARIABILITY IN ARRHYTHMIA-VULNERABLE CORONARY ARTERY DISEASE PATIENTS. *Psychosomatic Medicine*, 2006

24. Wedam E, Bigelow G, Johnson E, **Haigney MC.** Progressive QT Prolongation Despite a Fixed Dose: More Problems for HERG Blockers? *Circulation* 2005

25. Francis JL, Kop WJ, Alam S, **Haigney MC**, Karasik P, DelNegro A, Ghambaryan A, Gottdiener JS, Krantz DS. Anxiety Symptoms and Autonomic Function in Patients with Implantable Cardioverter Defibrillators. *APS* 2005

26. **Haigney MC,** Kop WJ, Alam S, Philo L, Gottdiener J, Del Negro A, Krantz DS.  QT variability as arrhythmic vulnerability marker during exercise in implantable cardioverter defibrillator patients. *Folia Cardiologica*, 2005, Vol 12 Supplement A

27. Wei SK, McCurley JM, Shou M, **Haigney MC**. β-adrenergic receptor modulation of cardiac Na/Ca exchange in pig and dog myocytes. *Biophysical J,* 2005

28. **Haigney MC**, Marhefka G, Tebo S, Alam S, Barold HS, Elkashef A, Chang N, Vocci F, Cantilena L. Intravenous Cocaine and Repolarization *Heart Rhythm,* Vol 1, 2004

29. Wedam EF, **Haigney MC**, Bigelow GE, Johnson RE. EKG QT-prolongation effects of methadone, LAAM and buprenorphine in a randomized controlled trial. *CPDDI* 2004

30. Wei, SK, Mccurley J, Hanlon SU, **Haigney MC.** Gender differences in the Na-Ca exchanger current in heart failure. *Biophysical J,* 2004

31. **Haigney MC**, Gentlesk P, Carroll E, Goldstein RE, Illovsky M, Moss A, Zareba W, and the MADIT-2 Investigators. QT Variability and Appropriate ICD Therapy in MADIT-2. PACE 2003.

32. Wei SK, Hanlon SU, **Haigney MCP.** Time until systolic dysfunction and diuretic therapy alter Na/Ca exchanger current but not β-adrenergic responsiveness. Circulation 2002 II-256.

33. Wei SK, Stephen U Hanlon, **Mark CP Haigney.** Autonomic Modulation of Cardiac Na/Ca exchange in Heart Failure. Circulation 2002 II-256.

34. Shao-kui Wei, Stephen U Hanlon, **Mark CP Haigney** Na/Ca Exchange current is increased at baseline but manifests decreased β-adrenergic responsiveness in failing pig myocytes. Circulation 2001; 104; II 157.

35. Shao-kui Wei, Stephen U Hanlon, John F Czaja, **Mark CP Haigney**: Cytosolic Free Magnesium Modulates Action Potential and Triggered Activity in Pig Myocytes. *Biophysical J* 2001, 80:642a.

36. Wei SK, Quigley JF, Czaja JF, O'Rourke B, **Haigney, MCP.** Cytosolic free magnesium modulates the Na/Ca exchange current. Circulation 2000: 102, 18: II-91.

37. Quigley JF., Kop WJ., Rubenstein AH., Krantz DS, Gottdiener JS, Karasik P, Del Negro A., Friehling T, Hanlon SU., Haigney MCP. MENTAL STRESS INDUCED QT VARIABILITY IN PATIENTS WITH IMPLANTABLE CARDIAC DEFIBRILLATORS. PACE, May 2001:24;4 p694.

38. N. A. Cohen, A. Forbes, P. Acs, **M. Haigney**, A. S. Cohen, and A. Verma Oxygen signaling in human glioma cells involves H2O2-sensing potassium channels.  Neurosciences, 2000.

39. Ince C, Schulman, SP, Quigley, JF, Kolasa, M, Ferguson, R, Berger, RD, **Haigney, MCP**:Magnesium sulfate infusion stabilizes repolarization in heart failure. PACE, April, 2000.

40. **Haigney MCP**, Wei SK, Kaab S, Berger R, Tunin R, Kass D, Griffiths E, Fisher WG, Silver B, and Silverman HS. Loss of cardiac magnesium in experimental heart failure prolongs and destabilizes repolarization in dogs. PACE, 1997.

41.  **Haigney MCP**, Silver B, Wei SK, Tunin R, Kass D, Kalb S, Griffiths E, and Silverman HS. Pacing-induced heart failure causes a loss of tissue Mg and depresses cardiac $[Mg^{2+}]_i$. *Journal Mol Cell Cardiol*, 1995;27:A235.

42. Silverman HS, **Haigney MCP,** Griffiths EJ, Wei SK, Ocampo CJ, Philipson KD, Sterm MD. Excitation-contraction coupling in ventriculocytes from transgenic mice with high level expression of canine sodium-calcium exchange. *Circ,* 1995:92:I-236.

43. Griffiths EJ, **Haigney MC**, Ocampo C, Silverman HS. Clonazepam inhibits mitochondrial $Ca^{2+}$ efflux in single cardiomyocytes. *Journal Mol Cell Cardiol*, 1995;27:A185.

44. Berger R, Tomaselli G, Calkins H, Kasper E, Williams R, **Haigney M,** Raimondi N: Temporal and spatial dispersion of repolarization are correlated in normal subjects and patients with cardiomyopathy. *Circ*, 1994;90; I-519.

45. **Haigney MCP,** Berger R, Calkins H, Silverman HS, Tunin C, Haigney C, Silver B, Gerstenblith G, Schulman S, Tomaselli G. QT dispersion correlates with tissue magnesium concentration in humans. *Circ*, 1994; 90;I-248.

46. **Haigney MCP,** Mankad S, Silverman HS.  Increasing extracellular $[Mg^{2+}]$ reduces hypoxic $Na^+$ loading in rat cardiac myocytes without affecting $Na^+$-$H^+$ exchange.  *Circ*, 88; abstract 1993.

47. **Haigney MCP,** Silverman HS.  Prevention of reoxygenation hypercontracture by the $Na^+$-$H^+$ exchange inhibitor, ethylisopropylamiloride, may be due to $Na^+$ channel blockade.  *Circ*, 83; abstract 1993.

Mark C.P. Haigney, MD            8/29/2018                    Page **22**

**48.** Mankad S, **Haigney MCP,** Adrian S, Josephson RA, Stern MD, Silverman HS.  Protective effect of magnesium in hypoxic myocytes is not mediated by inhibition of $Na^+$-$Ca^{2+}$ exchange.  *Circ*, 88; abstract 1993.

**49.** **Haigney MCP,** Gerstenblith G, Silverman HS, Silver BB, Shapiro EP, Schulman SP.  Intracellular magnesium levels in patients with ST elevation myocardial infarcts receiving intravenous magnesium therapy.  *Circ*, 88; abstract 1993.

**50.** **Haigney MCP,** Miyata H, Lakatta EG, Stern MD, Silverman HS.  Sodium-linked $Ca^{2+}$ and cell death in reoxygenated rat cardiac myocytes.  *Circ*, 1991;84:II-664.

**51.** **Haigney MCP,** VerDonck L, Stern MD, Silverman HS.  R56865 prevents $Ca^{2+}$ overload and cell death by limiting $Na^+$ Loading in hypoxic cardiac myocytes.  *Circ*, 1991;84:II-666.

**52.** Silverman HS, Miyata H, **Haigney MC,** Blank PS, Lakatta EG, Stern MD.  Intracellular and subcellular $Na^+$ and $Ca^{2+}$ regulation in hypoxic cardiac myocytes.  *J Mol Cell Cardiol* 1991;23:S.38.

**53.** **Haigney MC,** Miyata H, Lakatta EG, Silverman HS.  Intracellular $[Na^+]$ changes in rat cardiac myocytes exposed to hypoxia and reoxygenation.  *J Mol Cell Cardiol* 1991;23:S.83.

**54.** **Haigney MC,** Akashi K, Dipaula A, Becker LC.  Thromboxane synthetase inhibitors and/or receptor antagonists do not prevent reperfusion injury.  *JACC*, abstract 1991.

# EXHIBIT 2

```
RUN DATE: 08/21/15        UNIV MD CHARLES REGIONAL MEDICAL CENTER              PAGE 17
RUN TIME: 1734              LIM PRODUCTION (LIVE)
RUN USER: BRPRICE
```
Case 8:18-cv-00829-PJM   Document 101-3   Filed 09/11/18   Page 29 of 31

| Patient | DORSEY SR,DEONTRE L | | Account No. | V00008124794 |
| Age/Sex | 32/M | | Unit No. | M000516336 |

| | | | | | |
|---|---|---|---|---|---|
| 03/01/15 | 1735 | URINE COLOR | AMBER | | |
| 03/01/15 | 1735 | URINE COMMENT | SEE COMMENT | | |
| 03/01/15 | 1735 | URINE GLUCOSE (UA) | NEGATIVE | NEGATIVE mg/dL | |
| 03/01/15 | 1735 | URINE KETONE (UA) | NEGATIVE | NEGATIVE mg/dL | |
| 03/01/15 | 1735 | URINE LEUKOCYTE ESTERASE | MODERATE | NEGATIVE | |
| 03/01/15 | 1735 | URINE MARIJUANA (CANNABINOL) | NEGATIVE | NEGATIVE | |
| 03/01/15 | 1735 | URINE NITRITE | NEGATIVE | NEGATIVE | |
| 03/01/15 | 1735 | URINE OPIATES | POSITIVE | NEGATIVE | |
| 03/01/15 | 1735 | URINE OXYCODONE | NEGATIVE | NEGATIVE | |
| 03/01/15 | 1735 | URINE PH | 5.0 | 5.0-8.0 | |
| 03/01/15 | 1735 | URINE PHENCYCLIDINE | NEGATIVE | NEGATIVE | |
| 03/01/15 | 1735 | URINE RBC | 15-29 | 0-5 /hpf | |
| 03/01/15 | 1735 | URINE SPECIFIC GRAVITY | 1.025 | | |
| 03/01/15 | 1735 | URINE SPERM | PRESENT | | |
| 03/01/15 | 1735 | URINE UROBILINOGEN | <2.0 | <2.0 mg/dl | |
| 03/01/15 | 1735 | URINE WBC CLUMPS | PRESENT | /hpf | |
| 03/01/15 | 1735 | URINE WBC | TNTC | 0-10 /hpf | |
| 03/01/15 | 1743 | ACCUCHECK INFORM GLUCOSE | 92 | 70-110 | |
| 03/01/15 | 1935 | B-HYDROXYBUTYRATE | 0.21 | 0.02-0.27 mmol/L | |
| 03/01/15 | 1935 | LACTATE | 19.7 H | 0.5-2.2 mmol/L | |
| | | LACT Called to BRANDI SHYMANSKY by DGALINATO 03/01/15 | | | |
| | | 2027 | | | |
| | | READ BACK VERIFIED. | | | |
| 03/01/15 | 1945 | ALLENS TEST | YES | | |
| 03/01/15 | 1945 | ARTERIAL BLD GAS O2 SATURATION | 99 | 94-100 % | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS BASE EXCESS | -21.2 L | -2-2 | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS HCO3 | 9 L | 22-26 mmol/L | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS PCO2 | 38.2 | 35-45 mmHg | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS PO2(a)/FiO2 | 445 | mmHg | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS PO2 | 222 H | 80-100 mmHg | |
| 03/01/15 | 1945 | ARTERIAL BLOOD GAS pH | 6.98 L | 7.35-7.45 | |
| 03/01/15 | 1945 | CRITICAL CALL | CALL RESULT | | |
| | | Called to DR ALIKHANI by STRACY 03/01/15 1951 | | | |
| | | READ BACK VERIFIED. | | | |
| 03/01/15 | 1945 | FIO2 | 50.0 | % | |
| 03/01/15 | 1945 | MODE | PRVC | | |
| 03/01/15 | 1945 | PEEP | 5.0 | cmH2O | |
| 03/01/15 | 1945 | SAMPLE SITE | Radial, right | | |
| 03/01/15 | 1945 | SAMPLE TYPE | Arterial | | |
| 03/01/15 | 1945 | SET RR | 26 | bpm | |
| 03/01/15 | 1945 | TIDAL VOLUME | 600 | mL | |
| 03/01/15 | 2020 | ALLENS TEST | PERFORMED | | |
| 03/01/15 | 2020 | CRITICAL CALL | CALL RESULT | | |
| | | Called to DR NICHOLSON by STRACY 03/01/15 2022 | | | |
| | | READ BACK VERIFIED. | | | |
| 03/01/15 | 2020 | LACTATE RESP | 19.0 H | 0.5-1.6 mmol/L | |
| 03/01/15 | 2020 | SAMPLE SITE | RIGHT RADIAL | | |
| 03/01/15 | 2020 | SAMPLE TYPE | ARTERIAL | | |
| 03/01/15 | 2155 | CULTURE CRITERIA MET? | CRITERIA NOT MET | | |
| 03/01/15 | 2155 | DRGU COMMENT | **COMMENT** | | |
| | | Other substances may interfere or cross react with the | | | |
| | | test.  Confirmation testing should be ordered if clinically | | | |
| | | indicated.  Clinical correlation recommended. Results are | | | |

# EXHIBIT 3

Case 8:18-cv-00829-PJM  Document 101-3  Filed 09/11/18  Page 31 of 31

| Patient | DORSEY SR, DEONTRE L | Account No. | V00008124794 |
|---|---|---|---|
| Age/Sex | 32/M | Unit No. | M000516336 |

```
                 for medical purposes only.
03/01/15  2155  UR PROTEIN                     >=500              NEGATIVE mg/dL
03/01/15  2155  URINE AMPHETAMINES             NEGATIVE           NEGATIVE
03/01/15  2155  URINE ASCORBIC ACID            NEGATIVE           mg/dl
03/01/15  2155  URINE BARBITURATES             NEGATIVE           NEGATIVE
03/01/15  2155  URINE BENZODIAZEPINES          NEGATIVE           NEGATIVE
03/01/15  2155  URINE BILIRUBIN                NEGATIVE           NEGATIVE
03/01/15  2155  URINE BLOOD                    LARGE              NEGATIVE
03/01/15  2155  URINE CHARACTER                SL CLOUDY
03/01/15  2155  URINE COCAINE                  NEGATIVE           NEGATIVE
03/01/15  2155  URINE COLOR                    AMBER
03/01/15  2155  URINE COMMENT                  SEE COMMENT
03/01/15  2155  URINE GLUCOSE (UA)             50                 NEGATIVE mg/dL
03/01/15  2155  URINE KETONE (UA)              NEGATIVE           NEGATIVE mg/dL
03/01/15  2155  URINE LEUKOCYTE ESTERASE       NEGATIVE           NEGATIVE
03/01/15  2155  URINE MARIJUANA (CANNABINOL)   NEGATIVE           NEGATIVE
03/01/15  2155  URINE NITRITE                  NEGATIVE           NEGATIVE
03/01/15  2155  URINE OPITATES                 NEGATIVE           NEGATIVE
03/01/15  2155  URINE OXYCODONE                NEGATIVE           NEGATIVE
03/01/15  2155  URINE PH                       6.0                5.0-8.0
03/01/15  2155  URINE PHENCYCLIDINE            NEGATIVE           NEGATIVE
03/01/15  2155  URINE RBC                      15-29              0-5 /hpf
03/01/15  2155  URINE SPECIFIC GRAVITY         1.011
03/01/15  2155  URINE UROBILINOGEN             <2.0               <2.0 mg/dl
03/01/15  2155  URINE WBC                      30-49              0-10 /hpf
```

## Medication Administration Record

**Medication**

| | Sch Date-Time | Admin Dose | | |
|---|---|---|---|---|
| | Doc Date-Time | Given - Reason | Site | User |

SODIUM CHLORIDE 1,000 ML .Q20M/IV

```
                 03/01/15-1725  1,000 MLS
                 03/01/15-1723  Y                    Antecubita FOX,CONSTANCE

                 03/01/15-1745  1,000 MLS
                 03/01/15-1725  Y                    Antecubita FOX,CONSTANCE
```

Lidocaine 1% MPF 2 ML VIAL .STK-MED/ONE/.ROUTE

```
                 03/01/15-1735  ML
                 03/01/15-1819  N MED GIVEN TO MD              FOX,CONSTANCE
```

DOPAMINE/DEXTROSE 250 ML .STK-MED/ONE/IV

```
                 03/01/15-1754  250 MLS
                 03/01/15-1800  Y                    Central Li FOX,CONSTANCE
```

NOREPINEPHRINE BITARTRATE 4 MG/4 ML VIAL .STK-MED/ONE/.ROUTE

```
                 03/01/15-1803  5 MG
                 03/01/15-1800  Y                               FOX,CONSTANCE
```

SOD BICARBONATE 50 MEQ/50 ML VIAL .STK-MED/ONE/.ROUTE

```
                 03/01/15-1913  100 MEQ
```