# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

LIONEL S. DORSEY, *et al*.

                 Plaintiffs,

v.

MICHAEL SOKOLOFF, *et al*.

                 Defendants.

Case No.: 8:18-cv-00829-PJM

## DECLARATION OF JOSEPH J. STINE

I, Joseph J. Stine, hereby declare as follows:

1. I am the Founder and President of JJS Consulting Associates Inc. Since 1966, I have held a number of law enforcement positions, including Chief of Police, Inspector, Captain, Lieutenant, Sergeant, Detective, and Police Officer. I worked for the Philadelphia Police Department for 24 years, and I worked as the Chief of Police for New Britain Township for over nine years.

2. I have repeatedly qualified as an expert witness in the use of force and police practices in numerous federal and state courts. I have attached a list of cases where I have been designated and/or recognized by the court as an expert witness in these fields. *See* (Ex. 1, Case List).

3. I have worked as a Training Instructor for the Commonwealth of Pennsylvania Mandatory in Service, a Training Consultant for Temple University Law Enforcement, a Training Instructor for the Pennsylvania Liquor Control Board, a Course Development and Presenter for the Southeast Pennsylvania Transportation Authority Police Department, a Basic Training Instructor at the Philadelphia Police Academy, and a School Director at the Philadelphia Police Academy. I have taught at the college level regarding issues of criminal justice while serving as Adjunct

Faculty at the Delaware Valley College, the Philadelphia Community College, and Holy Family College.

4. I earned my Bachelor of Arts from Temple University and a Master's degree in Administration of Criminal Justice from St. Joseph's University. I have attended and completed the Federal Bureau of Investigation's National Academy and the Police Executive Research Forum's Senior Management Institute.

5. I am a longstanding member of a number of local and national law enforcement organizations, including the Fraternal Order of Police, Southeast Pennsylvania Chiefs Association, the Delaware Valley Association of Professional Police Officials, the Federal Bureau of Investigation National Academy Associates, the International Association of Chiefs of Police, Pennsylvania Chiefs of Police, Bucks County Chiefs of Police, and the Bucks County Commission on Human Relations.

6. I have attached a copy of my *curriculum vitae*, which accurately sets forth my education, experience, and professional credentials. *See* (Ex. 2, *Curriculum Vitae*).

7. I have been retained as an expert in the field of use of force and police practices by the law firm of Joseph, Greenwald & Laake, P.A. related to the above case.

8. I have reviewed the use of force report for the March 1, 2015 incident involving Mr. Dorsey and Deputy Sokoloff, the taser download information, which includes the March 1, 2015 incident, EMS reports, the CAD report for the police response, a deposition of Michael Sokoloff dated July 3, 2012 from a case captioned *Brooks v. Sokoloff*, the audio recording for calls received at the Charles County 911 call center on March 1, 2015, the affidavit of Heidi Quinn, the affidavit of Robin Williams, the affidavit of Mark Tyrell, the Charles County Sheriff's Office's incident reports and supplemental reports, dispatch recordings, the affidavit of Michael

Sokoloff, the dash camera footage from a police vehicle, the revised report of Brian Chiles,
Charles County EMS Run Download Form, NMS Lab – Drug Chemistry Final Report, Lab
Results for DeOntre Dorsey from the University of Maryland Charles Regional Medical Center,
and Autopsy Report for DeOntre Lamontz Dorsey. I also reviewed the Plaintiffs' Second
Amended Complaint.

9.   Based on my review of the records and my professional background, training and
experience, to a reasonable degree of probability in the field of use of force and law enforcement
practices and procedures, Deputy Sokoloff violated standard police practices, policies, and
training when he treated DeOntre Dorsey's seizure as a law enforcement event instead of a
medical event. It is a violation of standard police practices, policy, and training to taser an
individual suffering from a seizure.

10. Based on my review of the records and my professional background, training and
experience, to a reasonable degree of probability in the field of use of force and law enforcement
practices and procedures, Deputy Sokoloff's use of force on DeOntre Dorsey where Deputy
Sokoloff tasered him multiple times on March 1, 2015 was not objectively reasonable and not
consistent with standard police practices, policies, and training.

11. I reserve the right to amend my opinions as I learn additional information about the
encounter between Mr. Dorsey and Deputy Sokoloff.

   I declare under penalty of perjury, that the foregoing is true and correct.

Joseph J. Stine

Executed on September 7, 2018

# EXHIBIT 1

# Trial cases involving court testimony & or depositions as of for Joseph J. Stine

(Per amended Rule 26 of Federal Rules of Civil Procedure
concerning testifying experts)

Michael W. Rogers vs. Delaware State Trooper Mathew Morgan, et al.
Superior Court of the State of Delaware In and For New Castle County C.A. No. N15C-
07-259
Deputy States Attorney Michael F. McTaggart, Wilmington DE
Case review with consultation, report and court testimony

Wilson Ramos, As Administrator of the Estate of Jose A. Maldonado, And Individually
v. Town of East Hartford, et al.
U.S.D.C. for Connecticut No. 3:16 CV 00166 (VLB)
Attorney Sarah F. Murphy, Hartford CT
Case review with consultation, report and deposition

Michele Brasley, As Administrator of the Estate of Kyla Ring v. City of Bristol, et al.
Superior Court of Connecticut at New Britain NB2-HHB-CV-6029810-S
Attorney Kristan M. Maccini, Hartford, CT
Case review with consultation and deposition

Elton Cansler v. Alan A. Hanks, et al.
U. S.D.C. For Eastern District of Virginia, Alexandria Division CA 1:16-cv-1528
Attorney Kimberly Baucom, County of Fairfax, VA
Case review with consultation, report and court testimony

Jaquise Evans v. Richard Salvador, et al.
U.S.D.C. for Northern District of Illinois No. 15 CV 07461
Attorney Rona Masuria Chicago, IL
Case review with consultation and deposition

David S. Ramirez-Flores, et al, v. Prince George's County, et al.
Circuit Court for Prince George's County CAL 16-30694
Attorney Maritza Carmona, Greenbelt, MD
Case review with consultation and deposition

James W. Ochse v. Robert Busch
U.S.D.C. for Eastern Pennsylvania
Attorney Tricia Ambrose Malvern, PA
Case review with consultation, report and court testimony

Sabein Burgess v. City of Baltimore
U.S.D.C for Maryland
Attorney Jonathan Loevy Chicago, IL
Case review with consultation, report, deposition and court testimony

David Connor Castellani v. City of Atlantic City, et al
U.S.D.C. for New Jersey Camden Vicinage
Attorney Sharlenn E. Pratt Philadelphia, PA
Case review with consultation, report and deposition

Jordan Jefferson v. Thaddeus Reddish, et al
U.S.D.C. for Connecticut 3:12-cv-01543-JAM
Attorney Thomas Gerarde Hartford, CT
Case review with consultation, report and deposition

Gino Nicasia, et al v. City of Norwich, et al
Superior Court of Connecticut New London KNL CV 14 6022088 S
Attorney James G. Williams, North Haven, CT
Case review with consultation and deposition

Daniel Hannon v. Borough of Keansburg, et al.
U.S.D.C. for New Jersey 3:15-cv-02460-PGS-DEA
Attorney Tracy Bussel, Clifton, NJ
Case review with consultation, report and deposition

Willie James Grimes v. City of Hickory, et al.
U.S.D.C. for the Western District of North Carolina; Statesville Division
Attorney Elizabeth A. Martineau, Charlotte, NC
Case review with consultation, report and deposition

Hunter-Young vs. Prince George's County, Maryland
Circuit Court for Prince George's County CAL15-09229
Attorney Michael L. Schlepp, Greenbelt, MD
Case review with consultation and deposition

Refugio Ruiz-Cortez vs. City of Chicago, et al.
U.S.D.C. for the Northern District of Chicago No: 11-CV-01420
Attorney Christopher Smith, Chicago IL
Case review with consultation, report and deposition

Diane Devine Individually and as Adminstratrix of the Estate of Michael F. Devine, JR.
Deceased vs. Middletown Township, et al.
U.S.D.C. for the Eastern District of Pennsylvania No. 14-1072
Attorney David MacMain, Malvern, PA
Case review with consultation, report and deposition

Darius Pinex v. City of Chicago, et al
U.S.D.C. for Northern District of Illinois No. 12 C 4855
Attorney Steven A. Greenberg, Chicago IL
Case review with consultation, report and court testimony

Kara Hartin v. City of Burlington, et al.
U.S.D.C. for Vermont Civil Action No. 1:13-cv-273
Attorney Sean Toohey, Burlington, VT
Case review with consultation, report and deposition

David Zook vs. Police Officer David Zapotocky, et al.
U.S.D.C. for the Middle District of Pennsylvania CA-3:12-cv-01425-RDM
John Gonzales Philadelphia, PA
Case review with consultation, report and court testimony

MARK C. ANGELO, Administrator ad Prosequendum on behalf of the Estate of Mark
Anthony Angelo vs. Borough of Rutherford
Superior Court of New Jersey Law Division: Bergen County
Christian P. Stueben Fort Lee N.J.
Case review with consultation, report and deposition

Carlton Eugene Gibson Jr. vs. Norristown Police Department, et al.
U.S.D.C. for the Eastern District of Pennsylvania CA-13-00071
Michael P. Laffey, Media PA
Case review with consultation, report and court testimony

Michael Alan Ewing vs. Cumberland County, et al.
U.S.D.C. for New Jersey Civil Action No. 1:09-cv-05432
Judson Barrett, Ocean New Jersey
Case review with consultation, report and deposition

Erseline Shelton, as Personal Representative of the Estate of Gregory Davis vs. District
of Columbia, et al.
Superior Court for the District of Columbia 2013-CA-007519-B
David E. Haynes, Washington, DC
Case review and consultation with Deposition

Gabriel Warren by her Next Friend , Darlene Warren, as Next Friend and Special
Administrator of Jeannetta McDowell, Deceased vs. Sheriff of  Cook County Thomas
Dart, et al.
U.S.D.C. for the Northern District of Illinois No. 09 C3512
Heidi Karr Sleper, Hinsdale, IL
Case review with consultation, report and Deposition

Luis Alberto Gonzalez v. Cape May County, et al.
U.S.D.C. for New Jersey Civil Action No. 1:12-cv-00517-JHR-KMW
Judson Barrett, Ocean New Jersey
Case review with consultation, report and deposition


Lakisha M. Hurt v. MPAC, LLC et al.
Superior Court of the District of Columbia No. 2011 CA 008475B
Allan M. Siegel Washington, D.C.
Case review and consultation, with deposition


Yolanda McGinnis v. City of North College Hill, Ohio et al.
U.S.D.C. Southern District of Ohio Western Division
Lawrence Barbiere, Mason Ohio
Case review, with consultation, report and deposition


Donata Bryan v. District of Columbia, et al.
Circuit Court for Prince Georges County, Maryland
Matthew M. Bryant Greenbelt, MD
Case review and consultation with deposition


Christopher Coon and Leida Coon vs. Waleed Dozier , The City of Newark, et al.
Superior Court Of New Jersey, Law Division, Union County
Stephen Cahir, Morristown, NJ
Case review and consultation with opinion report and testimony


Daniel Fried v. Tropper Tetzlaff, et.al
U.S.D.C. for the District of New Jersey
Attorney Katherine M. Robinson, Philadelphia, PA
Case review and consultation with opinion report, deposition and court testimony.


Kelly Fuery, et al vs. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois No. 07 C 5428
Dana L. Kurtz  Hinsdale, IL
Case review and consultation with opinion report, deposition and  court testimony


Alvin Notice, as Executor of the Estate  of Tiana Notice vs. Town of Plainville, et al.
Superior Court of Connecticut
Russell N. Jarem, Hartford, CT No. CV11-6017990-S
Case review and consultation with deposition and court testimony


Tyson Woods vs. Borough of Mt. Joy
Arbitration hearing
Attorney Joseph Santarone, Philadelphia, PA
Case review and consultation with opinion report and testimony

Denise Brown vs. State of New Jersey, et al.
Superior Court of New Jersey Law Division Cumberland County
Attorney Brian N. Leinhauser West Chester, PA
Case review and consultation with opinion report and trial testimony


Mark S. Groff  vs. City of Reading, et al.
U.S.D.C. for the Eastern District of Pennsylvania No. 11-3641
Attorney Andrew Adair Media, PA.
Case review and consultation with trial testimony


William Panas, et al. vs. City of Philadelphia, et al.
U.S.D.C. for the Eastern District of Pennsylvania No. 10-5248
Attorney James J. Binns Philadelphia, PA.
Case review and consultation with trial testimony


Peggy Sue Thompson vs. Prince George's County, et al.
Circuit Court for Prince George's County No. CAL 11-25179
Attorney Hina Z. Hussain Green Belt MD.
Case review and consultation with deposition


Christopher Harper v. State of Maryland, et al.
Circuit Court for Prince George's County, Maryland CAL 10-07875
Attorney Kara Fischer Green Belt, MD.
Case review and consultation and deposition


Elena Norfolk vs. Detective Douglas Middlebrooks
Circuit Court of Fairfax County No. CL 09-09207
Attorney Karen L. Gibbons, Fairfax, VA
Case review and consultation with opinion report and deposition


Kyle Moore vs. Deputy Eugene Honican
Hamilton, Ohio Court of Common Pleas Case No. A 09 02909
Attorney Kurt M. Irey Mason, Ohio
Case review and consultation with opinion report and deposition


Jennifer McLin, Estate of William Hope Jr. vs. Officer Michael St. Clair
U.S.D.C. for the Northern District of IL Civil Action No.: 1:2010cv05076
Attorney Mark Parts, Chicago, IL
Case review and consultation with opinion report and deposition


Louis A. Damiani vs. Thomas Momme, et al.
U.S.D.C. for the Eastern District of PA Civil Action
Attorney John P. Morgenstern, Philadelphia, PA
Case review with report and consultation with trial testimony

Jordan Miles v. City of Pittsburgh, et al.
U.S.D.C. for the Western District of Pennsylvania Civil Action No.: 2:10-cv-01135-6LL
Attorney Michael Kennedy, Pittsburgh, PA
Case review and consultation with opinion report, deposition and trial testimony


Justin Kohuth vs. Borough of West Chester, et al.
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No.: 11-CV-00513
Attorney David Gomez West Chester, PA
Case review and consultation with opinion report and deposition


 Alexander Cotto vs. Town of Middletown, et al.
U.S.D.C. for Connecticut
Attorney Alan Dembiczak, Hartford, CT.
Case review and consultation with opinion report and deposition


Nikkole L. Taylor vs. City of Hyattsville Police Department, et al.
Circuit Court for Prince George's County, Maryland CAL 11-01199
Attorney Kara Fischer Green Belt, MD.
Case review and consultation and deposition


Jeffrey Reiff vs. West Reading Borough Police Department, et al.
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No.: 08-5963
Attorney Thomas Gallagher Media, PA
Case review and consultation with opinion report and trial testimony


Beverly Stephen Gray vs. Prince Georges County MD
Circuit Court for Prince George's County, Maryland CAL10-01199
Attorney Kara Fischer Green Belt, MD
Case review and consultation, deposition and trial testimony


Noel Padilla, et al. vs. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois Eastern Division
Attorney Amanda Antholt Chicago IL.
Case review and consultation with opinion report and deposition


Dustin Patrick vs. Deputy Sheriff Michael Moorman
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No. 11-01908
Attorney Andrew Adair Media, PA
Case review and consultation with opinion report and deposition


Julia Quagliarello vs. Officer Joshua Dewees, et al.
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No. 09-4870
Attorney Thomas Gallagher Media, PA
Case review and consultation with opinion report and trial testimony

Calvin Lanier v. Kory Maxwell, et al
Circuit Court for Prince George's County, Maryland CAL 09- 33138
Attorney Puja Gupta Green Belt, MD.
Case review and consultation, deposition and trial testimony

Jason Yaletchko v. Charles Bennish, Charles Bennish , Susan Rollman, et al. v. Upper
Chichester Police Department, et al.
Court of Common Pleas Delaware County PA No. 07-13232
Attorney Sheryl Brown Philadelphia, PA
Case review and consultation with opinion report and trial testimony

Richard A. Shultz vs. Carlisle Police Department, et al.
U.S.D.C.  for the Central District of Pennsylvania Civil Action No. 1:08-cv-1896
Attorney David MacMain, West Chester, PA
Case review and consultation with opinion report and trial testimony

James E. Healy v. William F. Shields, et al.
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No. 09-2982
Attorney Robert DiDomenicis Media. PA
Case Review and consultation with opinion report and trial testimony

Imari Malik Charles v. Prince George's County, Maryland, et al,
Circuit Court for Prince George's County, Maryland CAL 09- 26317
Attorney Timothy Maloney Green Belt, MD.
Case Review and consultation deposition and trial testimony

Joyce Cianfrani and Lisa Russell v. City of Clifton Heights, et al.
U.S.D.C. for the Eastern District of Pennsylvania Civil Action No. 09-0046
Attorney Robert DiDomenicis Media. PA
Case Review and consultation with opinion report and trial testimony

Melinda Chapman v. State of New Jersey, et al.
U.S.D.C. for the State of New Jersey Civil Action No. 08-4130 (AET-TJB)
Attorney Deputy Attorney General Thomas E. Kemble Trenton, NJ
Case review and consultation with opinion report and deposition

Robert Wilson v. James O'Brien, et al.
U.S.D.C. for the Northern District of Illinois, Eastern Division Civil Action No. 07-3994
Attorney Locke E. Bowman Chicago, IL
Case review and consultation with opinion report and deposition

David Cooper v. Reginald A. Roberts, et al.
U.S.D.C. for the Eastern District of Pennsylvania, Civil Action No. 08-CV-346
Attorney Paola Kaczynski Philadelphia, PA
Case review and consultation with opinion report and deposition

Keith A.Rosenberg v. City of Easton, et al.
U.S.D.C. for the Eastern District of Pennsylvania, Civil Action No. 06-3719
Attorney David Mac Main West Chester, PA
Case review and consultation with opinion report and court testimony.


Marcus Lyons v. Village of Woodridge, et al.
U.S.D.C.  for the Northern District of Illinois, Eastern Division No. 08 C 5063
Attorney Aaron Mandel Chicago, IL
Case review and consultation with opinion report and deposition.


Mary Franks v. Cape May County Sheriff's Department, et al.
U. S. D. C. for the District of New Jersey, 07-CV-06005
Attorney Brian H. Leinhauser West Chester, PA
Case review and consultation with opinion report and deposition.


Wanda Moore and Chester Glenn, et al. v. City of Pittsburgh, et al.
 Allegheny County Common Pleas Court, GD No. 08-0999
Attorney John Doherty, Pittsburgh, PA
Case review and consultation with opinion report and court testimony.


Joseph Henry Walker et al. v. City of Pittsburgh, et al.
Allegheny County Common Pleas Court, GD No. 08-009389
Attorney John Doherty, Pittsburgh, PA
Case review and consultation with opinion report and court testimony.


Laura Ramirez, et al. v. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois, Eastern Division No. 05 C 317
Attorney Jon Loevy, Chicago, IL
Case review and consultation with opinion report and deposition.


Michael J. Snow v. David C. Dewey
U.S.D.C. for the District of Vermont Civil Case No. 2:09-cv-00137-wks
Attorney Robert Kaplan Burlington, VT
Case review and consultation with opinion report and deposition


D.M. v. State of New Jersey, et al.
Superior Court of New Jersey Docket No. HUD-L-1090-08
Attorney Rosemarie Arnold, Fort Lee, NJ
Case review and consultation with opinion report, deposition and court testimony.


Henry A. Weiner, et al. vs. Officer Lance Frost
U.S.D.C. for Eastern Pennsylvania Civil Action No. 07-1364
Attorney David MacMain, West Chester, PA
Case review and consultation with opinion report and court testimony.

Richard R. Sedell vs. Officer William Paynter, et al.
U.S.D.C. for the District of New Jersey, Newark  Civil Action No. 2:08-CV-3151
Attorney Sharon Moore, Clinton, NJ
Case review and consultation with opinion report and deposition.


Timothy Clair Shannon vs. Officer Michael Koehler, et al.
U.S.D.C.  for the Northwestern District of Iowa, Western Division
Attorney Jason Gann, Sioux City, IA.
Case review and consultation with opinion report deposition court testimony.


Terry R. Sanford, et al. vs. Commonwealth of Virginia, et al.
U.S.D.C. for The Eastern District of Virginia, Richmond Division
Attorney Richard C. Ferris II, Chesterfield ,VA.
Case review and consultation with opinion report and deposition.


Estate of Charles E. Cryster vs. Bensalem Township, et. al
 Court of Common Pleas of Bucks County, Pennsylvania
Attorney Christopher Cosgrove, Philadelphia, PA.
Case review and consultation with opinion report and court testimony.


Joseph Dimeo, et al. v. Patricia Sciortino, et. al
Supreme Court of The State of New York County of Richmond
 Attorney Joseph Savona, New York, NY
Case review and consultation with opinion report and court testimony.


Robert Steinberg v. Holland Township, et al.
Superior Court of New Jersey Law Division – Hunterdon County L-329-07
Attorney Steven Farsiou, Clinton, NJ
Case review and consultation with opinion report and deposition.


Kevin Farnan v. Brian Turner, et al.
U.S.D.C. Vermont 2:08-cv-211
Attorney Devin McLaughlin, Middlebury, VT.
Case review and consultation with opinion report and deposition.


Pamela Hellmann, et.ux. v. Rosslyn Farms PD, et al.
U.S.D.C. Western District of Pennsylvania 07-1373
Attorney Paul Krepps, Pittsburgh, PA
Case review and consultation with opinion report and deposition.


Juan Johnson vs. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois, Eastern Division No. 05 C 1042
Attorney Jon Loevy, Chicago, Illinois
Case review and consultation with opinion report and deposition.

Alicia Buchanan vs. West Whiteland Township, et al.
U.S.D.C. for Eastern Pennsylvania Civil Action No.08-00462
Attorney Mathew J. Connell, Media, PA.
Case review and consultation with opinion report and trial testimony.

Team Effort Inc. t/a Hammerheads vs. City Of Virginia Beach, et al.
U.S.D.C. for Eastern District of Virginia Norfolk Division Civil Action No. 2:07cv614
Attorney Hunter W. Sims, Jr. Norfolk, VA.
Case review and consultation with opinion report and trial testimony.

Shirl Barkley, etc. vs. City of Newport News, et al.
U.S.D.C. for Eastern Virginia, Newport News Division Civil Action No. 4: 08cv15
Attorney Allen L. Jackson, Chief Deputy City Attorney City of Newport News, VA.
Case review and consultation with opinion report and deposition

Donte Tate vs. West Norriton Township, et. al,
U.S.D.C. for Eastern Pennsylvania Civil Action No. 06-4068
Attorney Scott V. Gottel, Media, Pa.
Case review and consultation with opinion report and trial testimony.

Rodney Mayo vs. John Winn, et.al.
Superior Court for the State of Vermont in and for the County of Chittenden
NO. S0952-05 CnC.
Attorney Robert Kaplan, Burlington, Vermont
Case review and consultation with opinion report, deposition and trial.

Darian Ehler vs. Belleville Police Department, et. al.
Superior Court of New Jersey Law Division – Essex County
Attorney Timothy H. Alexander Totowa, NJ
Case review and consultation with opinion report, deposition

John J. Zimmie vs. Glasgow
Montgomery County Pennsylvania CCP: No.: 05-05678
Attorney James H. Rolfing, Philadelphia, PA
Case review and consultation with opinion report and trial testimony

Ronald Johnson v. City of Chicago, et. al
U.S.D.C. for the Northern District of Illinois, Eastern Division No. 05 C 6545
Attorney Samantha Liskow, Chicago, Illinois
Case review and consultation with opinion report and deposition

Lawrence Hanna v. Upper Pottsgrove Township, et. al.
Court of Common Pleas for Montgomery County, Pennsylvania No. 04-06269
Attorney Christopher P. Gerber, Chester Springs, Pa.
Case review and consultation with opinion report and trial testimony.

Elizabeth Hammock and Diane Docket and Claudette Brown v. Borough of Upper Darby, et al.
U.S.D.C. for Eastern Pennsylvania Civil Action No. 06-1006
Attorney Matthew Connell, Media, Pa.
Case review and consultation with opinion report and trial testimony.

Christy Caldwell Administratrix of the Estate of Rebecca Cay Caldwell, Deceased v. City of Louisville
U.S.D.C.  for Western District of Kentucky At Louisville Civil Action NO. 3:01-CV-195-J
Attorney William J. Driscoll, Louisville, Kentucky
Case review, consultation with opinion report, deposition and trial testimony.

Victoria Griffy Administratrix of the Estate of Eugene Griffy, et al. v. East Earl Township, et al.
U.S.D.C. for Eastern Pennsylvania No. 06-1280
Attorney Thomas Gallagher, Media, Pa.
Case review, consultation with opinion report and trial testimony.

Ava Lyn Ice, Executor of the Estate of Mabel Trapp, et al., v. Village of Evendale et al.,
Court of Common Pleas Hamilton County, Ohio No. A0605696
Attorney: Robert S. Hiller, Cincinnati, Ohio
Case review, consultation and deposition.

Ronald W. Koch v. Lance Schaible, et al.
U.S.D.C. For Eastern District of Virginia ( Alexandria Division ) CA No. : 1:06cv1262
Attorney David J. Fudala, Fairfax, VA.
Cases review and consultation with opinion report and trial testimony.

Aileen Diaz Morales v. City of Reading, et al.
U.S.D.C. For Eastern Pennsylvania No.04-CV-4032
Attorney: David J. Mac Main, Philadelphia, Pa.
Case review and consultation with opinion report and trial testimony.

Darlene Moore v. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois, Eastern Division No. 02 C 5130
Attorney Amanda Antholt Chicago, Illinois
Case review and consultation with opinion report, deposition and trial testimony.

Estate of Gregory Jones, by Vanilla Jones Simmons as Special Administrator of the Decedent's Estate, and Anjanine Williams on behalf of Detondra Mitchell, her minor child. v. City of Chicago, et al.
U.S.D.C. for the Northern District of Illinois, Eastern Division No. 04 C 3742
Attorney Arthur Lovey Chicago, Illinois
Case review and consultation with opinion reports and deposition.

Delena K. Long, et al. v. City of Baltimore, et al.
Maryland Circuit Court for Baltimore City Case No.: 24-C-04-006090
Attorney Michael S. Greene Owings Mills, Maryland
Case review and consultation with deposition and trial testimony.


Estate of Harry Smith III, et al. v. Wilmington Police Department, et al.
U.S.D.C. for the District of Delaware Civil Action No. 04-1254-GMS
Attorney Anne Sulton Olympia, Washington
Case review, consultation and opinion report with deposition and trial testimony.


Cheryl Stochel, et al. v. Township of Pemberton, et al.
U.S.D.C. for the District of New Jersey Civil Action No. 04CV1575
Attorney Frances A. Hartman, Moorestown, NJ.
Case review and consultation with opinion report and deposition.


Debbie L. Florence, Administratrix, et al. v. Town of Plainfield, et al.
State of Connecticut Superior Court Complex Litigation Docket,
 Judicial District of Toland Case # X07 CV-03-0084216
Attorney: Charles A. Deluca, Stamford, CT
Case review and consultation with opinion report and deposition.


Juanita Reed, et al. v. District of Columbia, et al.
U.S.D.C. for the District of Columbia Case No. 1:03-CV-01085
Attorney: Walter Blair, College Park, MD
Case review and consultation with opinion report and deposition.


Shane Bucherl v. Allen County Sheriff's Department, et al.
U.S.D.C. For the Northern District of Ohio Western Division Case No. 3:04CV7353
Attorney: Elliot Richardson, Chicago, IL
Case review and consultation with opinion report and deposition.


Amanda Morrison, et al. v. Board of Trustees of Green Township, et. al.
U.S.D.C. For Southern District of Ohio Western Division No. 1-03-755
Attorney: Tabatha Justice, Dayton, OH
Case review and consultation with opinion report, deposition and trial testimony.


John Kennedy v. Lower Southampton Township, et al.
U.S.D.C. For Eastern Pennsylvania No.04-CV-1195
 Attorney: Robert P. Di Domenicis Media, PA
Case review and consultation with opinion report and trial testimony.


 Patricia Deemer v. Borough of West Chester, et al.
U.S.D.C. For Eastern Pennsylvania No.03-CV-6536
 Attorney: Janelle Fulton, Philadelphia, PA
Case review and consultation with opinion report and Daubert Hearing and trial
testimony.

Chester A. Tschappat v. Schuylkill Haven Police Department, et al.
U.S.D.C. For Middle Pennsylvania 3:CV-01-2279
 Attorney: Gerald Hanchulak, Scranton, PA
Case review and consultation with opinion report and trial testimony.

Daniel Claeys v. Town of Brookfield, et al.
U.S.D.C. for Northern Illinois 03-C-3676
 Attorney: Amanda Antholt Chicago, IL
Case review and consultation with opinion report and deposition.

Madeline Cruz v. Pennridge Regional Police Department, et al.
U.S.D.C. For Eastern Pennsylvania 02-CV-4372
 Attorney: Malissa Sill, Philadelphia, PA
Case review & consultation with opinion report and trial testimony.

John Sterling v. City of Erie  et al.
U.S.D.C. For Western Pennsylvania C.A. No. 02-34 Erie
 Attorney: Richard A. Lanzillo, Erie, PA
Case review and consultation with opinion report and trial testimony.

Estate of David Cotton v. Windsor Locks, et al.
U.S.D.C. for Connecticut Civil Action No.: 3: 01CV01203 (AVC)
  Attorney: John Radshaw, III, Hartford, CT
Case review and consultation with opinion report and deposition.

Floyd B Moore et al. v. Borough of Darby, et al.
U.S.D.C. For Eastern Pennsylvania 01-CV-7707
 Attorney: Robert P. Di Domenicis Media, PA
Case review and consultation with opinion report and trial testimony.

Eric Freeman, et al v. City of Easton, et al.
U.S.D.C. Eastern District of Pennsylvania, 01-CV-4058
 Attorney: Daniel Dugan Philadelphia, PA
 Case review and consultation with opinion report and trial testimony.

Michael Martin v. Norwood Borough, et al.
Pennsylvania Court of Common Pleas, Delaware County CCP No. 97-16555
 Attorney: Andrew Adair, Media, PA
Case review and consultation with opinion report and trial testimony.

Joseph R. Parrish Personal Representative of  Tony Marcel Lee Deceased v.
Commonwealth of Va., et al.
U.S.D.C. Eastern District of Virginia, CIV #02-582-A
 Attorney: Fairfax County Attorney's Office, Alexandria, VA
Case review and consultation with opinion report and deposition.

John Briggs v. Cpl. Anthony Mileo,  Prince George's County Md., et al.
Maryland Circuit Court, Prince George's,  CAL 01-12434
 Attorney: Timothy McCrone, Ellicott City, MD
Case review, consultation and trial testimony.


Ronald Parks & The Epilepsy Foundation of Southeastern Pennsylvania v. Borough of
Darby, et al.
U.S.D.C. For Eastern Pennsylvania 99-CV-3810
 Attorney: Robert P. Di Domenicis Media, PA
Case review and consultation with opinion report and trial testimony.


Donald Lasoski v. Luzerne Borough, et al.
Pennsylvania Court of Common Pleas Luzerne County No.: 7782-C of 1997
 Attorney: Bruce L. Coyer, Scranton, PA
Case review and consultation with opinion report and trial testimony.


Richard Tarlecki, et al. v. Darby Borough, et al.
U.S.D.C. Eastern District of Pennsylvania, 01-CV-1347
 Attorney: Paola Tripodi-Kaczynski Media, PA
Case review and consultation with report and trial testimony


Harry S. Faust v. Middletown Township, et al.
U.S.D.C. Eastern District of Pennsylvania 99-CV-4080
 Attorney: John Gonzales, Norristown, PA
Case review and consultation with opinion report and trial testimony.


Francis X. Walker V. Upper Darby Township, et al.
U.S.D.C. Eastern District of Pennsylvania 00-CV-0452
 Attorney: Robert Di Domenicis, Media, PA
Case review and consultation with opinion report and trial testimony.


James R. Bagley, et al. v. Nether Providence Township, et al.
U.S.D.C. Eastern District of Pennsylvania, 98-CV-2238
 Attorney: David J. MacMain, Philadelphia, PA
Case review and consultation with opinion report and trial testimony.


Randolph Hooks v. Ridley Township, et al.
U.S.D.C. Eastern District of Pennsylvania, 97-CV-4385
 Attorney: Thomas C. Gallagher, Media, Pa
Case review and consultation with opinion report and trial testimony.


Nathan Banks Jr., et al. v. City of York, et al.
U.S.D.C. Middle District of Pennsylvania, 95-CV-2157,
Attorney: Tracy M. Mack, Philadelphia, PA
Case review and consultation with opinion report and deposition.


14

# EXHIBIT 2

**CURRICULUM VITAE**
**JOSEPH J. STINE**

**754 S. Settlers Circle**
**Warrington, PA 18976**
**Phone 215.491.0527 Cell 215.350.5170**

1. <u>Professional Experience</u>:

| | | |
|---|---|---|
| 1999-Present | Founder President | JJS Consulting Associates Incorporated |
| 2004-2006 | Content Area Specialist | Temple University Criminal Justice Training Programs |
| 1990-2003 | Education and Training Committee | International Association of Chiefs of Police |
| 1990-2000 | Chief of Police | New Britain Township Police |
| 1988- 1990 | Inspector | Executive Officer, Philadelphia Police Training Bureau |
| 1986-1988 | Captain | C O, Recruit Training Phila. Police Academy |
| 1984-1986 | Captain | C O, 12th Police District |
| 1982-1984 | Captain | C O, 5th Police District |
| 1981- 1982 | Captain | C O, Detective Night Command |
| 1977- 1981 | Lieutenant | Shift Commander, Patrol District |
| 1972-1977 | Sergeant | Platoon Leader, Patrol District |
| 1970- 1972 | Detective | Homicide Division |
| 1968- 1970 | Detective | Northwest Detective Division |
| 1966-1968 | Police Officer | 7th Patrol District |

**CURRICULUM VITAE**
**JOSEPH J. STINE**

2.  <u>Teaching:</u>

| | |
|---|---|
| 1988-Present | Commonwealth of Pennsylvania Mandatory in Service Training Instructor & Basic Training Instructor |
| 1992- Present | Temple University Law Enforcement Training Consultant |
| 2003- 2005 | Pennsylvania Liquor Control Board Training Instructor for police |
| 2001 | Southeast Pennsylvania Transportation Authority Police Department Course Development and Presenter |
| 1993-2000 | Delaware Valley College, Adjunct Faculty Criminal Justice Curriculum |
| 1988-1997 | Philadelphia Police Academy Basic Training Instructor |
| 1986- 1992 | Philadelphia Community College, Adjunct Faculty Criminal Justice Curriculum |
| 1987- 1990 | Philadelphia Police Academy, School Director |
| 1986-1994 | Holy Family College Adjunct Faculty Criminal Justice Curriculum |

3.  <u>Organizations:</u>

| | | |
|---|---|---|
| 1965-Present | Member | Fraternal Order of Police |
| 1980-Present | Member | Southeast Pennsylvania Chiefs Association |
| 1986-Present | Member | Delaware Valley Association of Professional Police Officials |

**CURRICULUM VITAE**
**JOSEPH J. STINE**

| | | |
|---|---|---|
| 1986-Present | Member | Federal Bureau of Investigation National Academy Associates |
| 1986- Present | Life Member | International Association of Chiefs of Police |
| 1988-2002 | Member | Pennsylvania Chiefs of Police |
| 1990-2002 | Member | Bucks County Chiefs of Police |
| 1996- 2000 | Charter Member | Bucks County Commission On Human Relations |

4. <u>Education:</u>

| | |
|---|---|
| St. Joseph's University | MS, Administration Of Criminal Justice |
| Temple University | BA, Social Science Summa cum Laude |
| Philadelphia Community College | A.A.S., Criminal Justice Magna Cum Laude |
| Police Executive Research Forum | 1988 Completed Senior Management Institute |
| Federal Bureau of Investigation | 1986 Completed National Academy |