JASON L. LEVINE
<u>ATTORNEY AT LAW</u>
7225 PARKWAY DRIVE, HANOVER, MD 21076
TEL 443-561-1700    FAX 443-561-1701
JLEVINE@LGIT.ORG

August 28, 2024

*Via CM/ECF*

The Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re:  *Dorsey v. Sokoloff*
   <u>**Civil No.: PJM-18-829**</u>

Dear Judge Messitte:

  I write on behalf of all parties. The parties have reached a settlement, and a Local Rule 111 Order is attached for your signature. However, the parties respectfully request that they be afforded 90 days (instead of the usual 30) to consummate the settlement. The Plaintiffs need additional time to work through some issues regarding allocation of the settlement funds, which may necessitate utilizing a third party.

  Thank you for your attention to this matter.

2

Very truly yours,

/s/ 16631

Jason L. Levine